UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSEMOUNT AEROSPACE INC.<br>Plaintiff, | ) <br> ) Civil Action No. 3:03CV0444(AWT) <br> ) |
| vs. | ) |
| WEED INSTRUMENT COMPANY, INC.<br>HARCO LABORATORIES, INC.<br>Defendants, | ) <br> ) <br> ) |

## RULE 26(f) REPORT OF PARTIES' PLANNING MEETING

Pursuant to Fed. R. Civ. P. 16(b), 26(f) and D. Conn. L. Civ. R. 38, the Plaintiff and Defendant Harco Laboratories, Inc. submit the following joint report:

| | |
|---|---|
| Date Original Complaint Filed: | March 13, 2003 |
| Date Complaint Served: | July 10, 2003 (Stipulated) |
| Date of Defendant's Appearance: | August 1, 2003 |
| Date Answer Served | August 27, 2003 |

Pursuant to Fed.R.Civ. P. 16(b), 26(f) and D.Conn.L.Civ.R. 38, the parties held a conference on September 19, 2003, by telephone. The participants were:

For the Plaintiff Rosemount Aerospace Inc.: Daniel W. McDonald and William D. Schultz of Merchant & Gould, P.C.

For the Defendant Harco Laboratories, Inc.: David S. Poppick of Epstein, Becker & Green, P.C.

[Margin stamp, left side:] It is so ordered. The docket shall reflect that this document has been superceded by Doc. #21.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 10/23/03