UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSEMOUNT AEROSPACE INC.<br>Plaintiff,<br><br>vs.<br><br>WEED INSTRUMENT COMPANY, INC.<br>HARCO LABORATORIES, INC.<br>Defendants, | Civil Action No. 3:03CV0444(AWT) |

## RULE 26(f) REPORT OF PARTIES' PLANNING MEETING

Pursuant to Fed. R. Civ. P. 16(b), 26(f) and D. Conn. L. Civ. R. 38, the Plaintiff and Defendant Harco Laboratories, Inc. submit the following joint report:

| | |
|---|---|
| Date Original Complaint Filed: | March 13, 2003 |
| Date Complaint Served: | July 10, 2003 (Stipulated) |
| Date of Defendant's Appearance: | August 1, 2003 |
| Date Answer Served | August 27, 2003 |

Pursuant to Fed.R.Civ. P. 16(b), 26(f) and D.Conn.L.Civ.R. 38, the parties held a conference on September 19, 2003, by telephone. The participants were:

For the Plaintiff Rosemount Aerospace Inc.: Daniel W. McDonald and William D. Schultz of Merchant & Gould, P.C.

For the Defendant Harco Laboratories, Inc.: David S. Poppick of Epstein, Becker & Green, P.C.

---

*Margin annotations:*

Dispositive motions, if any, shall be filed by June 1, 2004. Dispositive motions deadline has passed. A Joint Trial Memorandum Order will be issued after the dispositive motions deadline.

This 26(f) Report is hereby APPROVED. Discovery shall be completed by July 15, 2004. A Joint Trial Memorandum Order will be issued on or before July 15, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 10/27/03