UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROSEMOUNT AEROSPACE INC. | ) | Civil Action No. 3:03CV0444(AWT) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| WEED INSTRUMENT COMPANY, INC., | ) | |
| and HARCO LABORATORIES, INC., and | ) | |
| | ) | November 17, 2003 |
| Defendants. | ) | |

## ASSENTED TO MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

Rosemount hereby respectfully moves for an extension of time to file an amended complaint from November 17, 2003, until November 25, 2003. The extension will not unduly delay proceedings in this case.

Plaintiff's counsel William D. Schultz has contacted Defendant's counsel David S. Poppick and obtained his assent to this extension.

PLAINTIFF, ROSEMOUNT AEROSPACE INC.
By_____

James Mahanna (ct24681)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
telephone: (860) 275-0100
facsimile:  (860) 275-0343

Daniel W. McDonald (ct23281)
William D. Schultz (ct25198)
Merchant & Gould, P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
telephone:  (612) 332-5300
facsimile:  (612) 332-9081
Their Attorneys

**ORAL ARGUMENT IS NOT REQUESTED**

## **CERTIFICATION**

  THIS IS TO CERTIFY that a copy of the foregoing was mailed, first class mail postage prepaid, on this 17th day of November 2003 to:

David S. Poppick (ct13202)
Jonathan M. Plissner (ct23773)
Epstein, Becker & Green, P.C.
One Landmark Square, 18th Fl.
Stamford, CT 06901