UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2003 NOV 17 P 3: 38
US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| ROSEMOUNT AEROSPACE INC. | )
Plaintiff, | ) Civil Action No. 3:03CV0444(AWT)
vs. | )
WEED INSTRUMENT COMPANY, INC., and HARCO LABORATORIES, INC., and | )
Defendants. | ) November 17, 2003 |

## ASSENTED TO MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

Rosemount hereby respectfully moves for an extension of time to file an amended complaint from November 17, 2003, until November 25, 2003. The extension will not unduly delay proceedings in this case.

Plaintiff's counsel William D. Schultz has contacted Defendant's counsel David S. Poppick and obtained his assent to this extension.

PLAINTIFF, ROSEMOUNT AEROSPACE INC.

By _____
James Mahanna (ct24681)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
telephone: (860) 275-0100
facsimile: (860) 275-0343

Daniel W. McDonald (ct23281)
William D. Schultz (ct25198)
Merchant & Gould, P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
telephone: (612) 332-5300
facsimile: (612) 332-9081

Their Attorneys

Extension GRANTED, to and including November 25, 2003. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  11/25/03

**ORAL ARGUMENT IS NOT REQUESTED**