UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROSEMOUNT AEROSPACE INC.<br>Plaintiff, | )<br>)<br>)<br>) | Civil Action No. 3:03CV0444(AWT) |
| vs. | )<br>)<br>) | |
| WEED INSTRUMENT COMPANY, INC.<br>HARCO LABORATORIES, INC.<br>Defendants, | )<br>)<br>)<br>) | November 25, 2003 |

**MOTION FOR ENTRY OF**
**ASSENTED TO PROTECTIVE ORDER**

Pursuant to Federal Rule of Civil Procedure 26(c), Plaintiff Rosemount Aerospace Inc.

hereby respectfully moves for entry of the Assented To Protective Order, attached hereto.

Attorney for Rosemount Aerospace Inc., William D. Schultz, has obtained agreement from

attorneys for Harco Laboratories to file this Protective Order.  This Order is necessary to protect

the confidentiality and proprietary nature of certain documents requested in discovery by the

parties.


ATTORNEYS FOR PLAINTIFF

_____
James Mahanna (ct24681)
DAY, BERRY & HOWARD LLP
CityPlace I
Hartford, CT  06102-3499

Daniel W. McDonald (ct23281)
William D. Schultz (ct25198)
MERCHANT & GOULD
 90 South Seventh Street, Suite 3100
Minneapolis, MN  55402-4131


**ORAL ARGUMENT NOT REQUESTED**

James M. Rashid
Goodrich Corporation
Four Coliseum Centre
2730 West Tyvola Road
Charlotte, NC  28217
In-House Counsel for Goodrich Corporation