UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSEMOUNT AEROSPACE INC. | |
| Plaintiff, | Civil Action No. 3:03CV0444(AWT) |
| vs. | |
| WEED INSTRUMENT COMPANY, INC., and HARCO LABORATORIES, INC., and | |
| Defendants. | November 25, 2003 |

## MOTION FOR LEAVE OF COURT
## TO FILE FIRST AMENDED COMPLAINT

Rosemount Aerospace Inc. hereby respectfully moves for leave of Court to file an amended complaint. In support of this motion, Rosemount Aerospace respectfully submits the accompanying memorandum of. A copy of the First Amended Complaint is attached as Exhibit C to the memorandum of law.

PLAINTIFF, ROSEMOUNT AEROSPACE INC.

By _____
James Mahanna (ct24681)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
telephone: (860) 275-0100
facsimile: (860) 275-0343

Daniel W. McDonald (ct23281)
William D. Schultz (ct25198)
Merchant & Gould, P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
telephone: (612) 332-5300
facsimile: (612) 332-9081

Its Attorneys

**GRANTED, absent objection.
It is so ordered.**

_____
Alvin W. Thompson, U.S.D.J.
Hartford, CT  12/4/03

**ORAL ARGUMENT NOT REQUESTED**