UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSEMOUNT AEROSPACE INC.<br>Plaintiff,<br><br>vs.<br><br>WEED INSTRUMENT COMPANY, INC.<br>HARCO LABORATORIES, INC.<br>Defendants, | Civil Action No. 3:03CV0444(AWT)<br><br><br><br><br>November 25, 2003 |

## MOTION FOR ENTRY OF
## ASSENTED TO PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c), Plaintiff Rosemount Aerospace Inc. hereby respectfully moves for entry of the Assented To Protective Order, attached hereto. Attorney for Rosemount Aerospace Inc., William D. Schultz, has obtained agreement from attorneys for Harco Laboratories to file this Protective Order. This Order is necessary to protect the confidentiality and proprietary nature of certain documents requested in discovery by the parties.

ATTORNEYS FOR PLAINTIFF

James Mahanna (ct24681)
DAY, BERRY & HOWARD LLP
CityPlace I
Hartford, CT 06102-3499

Daniel W. McDonald (ct23281)
William D. Schultz (ct25198)
MERCHANT & GOULD
90 South Seventh Street, Suite 3100
Minneapolis, MN 55402-4131

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT    12-9-03

**ORAL ARGUMENT NOT REQUESTED**