UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROSEMOUNT AEROSPACE INC.,           :

                Plaintiff,    :    Civil Action No. 303CV0444

       vs.    :

WEED INSTRUMENT COMPANY, INC.,    :
and HARCO LABORATORIES, INC.,    :

                Defendants.    :    DECEMBER 12, 2003

### AFFIDAVIT IN SUPPORT OF MOTION FOR A PROTECTIVE ORDER

STATE OF CONNECTICUT)
                       ) ss:
COUNTY OF NEW HAVEN)

    RICHARD HOYT, being duly sworn, deposes and says:

    1.    I am employed by Defendant Harco Laboratories, Inc. ("Harco") as Business Unit Manager – Sensors, and I make this affidavit in support of Harco's motion for a Protective Order with respect to the Request to Permit Entry for Inspection served by Plaintiff Rosemount Aerospace, Inc.

    2.    The Request to Permit Entry for Inspection is sought to observe the assembly and brazing of total air temperature ("TAT") sensors. My responsibilities include supervising the

ST:27351v1

manufacturing of the TAT sensors. Harco is not assembling or brazing TAT sensors and has no contracts to do so now. Requiring Harco to conduct a mock assembly and brazing of the TAT sensor would require us to disrupt the current manufacturing schedule to reschedule manufacturing of other products that we now have deadlines to produce. In addition, we do not have the personnel available to conduct such a mock assembly, and, therefore, we would have to shift personnel from present production and/or require them to work overtime. Also, any TAT sensor that we then made would sit in inventory, resulting in carrying costs. The process would be highly disruptive, burdensome and expensive. It would cost Harco approximately $5,000.

3.   Everything that Rosemount would learn from such an inspection is described in the manufacturer's instructions, drawings and other documents that already have been produced to Rosemount. Therefore, such an inspection is unnecessary. Moreover, that manufacturing is done in a room where Rosemount would be able to observe confidential and proprietary information relating to the manufacturing of other products that have nothing to do with this case that would be in plain sight, presenting the danger of trade secrets and confidential and proprietary information being revealed.

_____
RICHARD HOYT

Sworn to before me this
12 day of December, 2003
_____
Notary Public

ST:27351v1    JYP 5/31/2005            2