FILED

2003 DEC 15 P 2: 58

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROSEMOUNT AEROSPACE INC., :

        Plaintiff,    :    Civil Action No. 303CV0444

vs. :

WEED INSTRUMENT COMPANY, INC., :
and HARCO LABORATORIES, INC., :

        Defendants.    :    DECEMBER 12, 2003

### DECLARATION IN SUPPORT OF
### DEFENDANT'S MOTION FOR A PROTECTIVE ORDER

DAVID S. POPPICK, ESQ., pursuant to 28 U.S.C., § 1746, declares:

1. I am a member of the Bar of this Court and a member of Epstein Becker & Green, P.C., attorneys for Defendant Harco Laboratories, Inc. ("Harco"). I submit this declaration in support of Harco's Motion for a Protective Order, pursuant to Federal Rules of Civil Procedure 26(b) and 26(c), and this Court's Local Rule 37(a)(2).

2. I certify that I have conferred with opposing counsel, William D. Schultz, Esq. of Merchant & Gould, P.C., attorneys for Plaintiff, Rosemount Aerospace, Inc., regarding the subject of the accompanying Motion for Protective Order in a good faith effort to eliminate or

ST:27345v1

reduce the area of controversy and arrive at a mutually satisfactory resolution. Those attempts have failed, and we have been unable to reach any agreement.

3.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 12, 2003

                                      EPSTEIN BECKER & GREEN, P.C.

                                      By  /s/ David S. Poppick
                                      David S. Poppick, Esq. (#13202)
                                      Attorneys for Defendant
                                      HARCO LABORATORIES, INC.
                                      One Landmark Square, 18th Floor
                                      Stamford, CT 06901
                                      (203) 348-3737