FILED

2003 DEC 15 P 2: 43

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROSEMOUNT AEROSPACE INC., :

          Plaintiff, :    Civil Action No. 303CV0444

vs. :

WEED INSTRUMENT COMPANY, INC., :
and HARCO LABORATORIES, INC., :

          Defendants. :    DECEMBER 12, 2003

### DEFENDANTS' MOTION FOR EXTENSION OF TIME

Defendant Harco Laboratories, Inc. ("Harco") moves for an extension of time for serving responses to the discovery requests of Plaintiff Rosemount Aerospace, Inc., pursuant to Local Rule 7(b), with respect to the Plaintiff's First Set of Requests for Documents, First Set of Interrogatories and Second Set of Requests for Documents.

Harco's responses to the Plaintiff's First Set of Interrogatories and First Set of Request for Documents were originally due on December 1, 2003. Rosemount consented to adjourn those responses until December 31, 2003. Harco's responses to the Plaintiff's Second Set of Requests for Documents is due on December 15, 2003.

Harco requests that its time to respond to the First and Second Set of Requests be extended until January 9, 2004. The Harco representative primarily responsible for coordinating

ST:27373v1

responses to the Rosemount discovery requests has been traveling outside Connecticut and will not return until December 22, 2003. As a result of vacation schedules and the intervening holidays of Christmas and New Year, it will not be possible to complete the discovery responses as of the dates presently scheduled. The present time limitations cannot reasonably be met, despite the diligence of Harco. This is the first request for an extension of time to respond to the Plaintiff's Second Set of Requests for Documents. The brief adjournment will not prejudice any parties. The Plaintiff's motion seeking leave to file its First Amended Complaint was granted on December 5, 2003, and no depositions in this action have been taken.

The undersigned conferred with Rosemount's counsel concerning the requested adjournment and received qualified consent that has not been resolved, thereby necessitating this motion. Accordingly, Harco respectfully requests that its Motion for an extension of time be granted.

**EPSTEIN BECKER & GREEN, P.C.**

By _____
David S. Poppick, Esq. (#15202)
Attorneys for Defendant
HARCO LABORATORIES, INC.
One Landmark Square, 18th Floor
Stamford, CT 06901
(203) 348-3737
and

        WISE & WISE
        Robert B. Wise, Esq.
        Attorneys for Defendant
        HARCO LABORATORIES, INC.
        1100 Summer Street
        Stamford, CT  06905
        (203) 359-8877

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing was sent, via regular mail, this 12th day of December 2003, to:

Daniel W. McDonald Esq. (ct23281)
William D. Schultz, Esq.(ct25198)
Merchant & Gould PC
3200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2215
Telephone:  (612) 332-5300
Facsimile:  (612) 332-9081

James Mahanna, Esq. (ct24681)
Day, Berry & Howard LLP
CityPlace 1
Hartford, CT  06103-3499
Telephone:  (860) 275-0100
Facsimile:  (860) 275-0343

_____
David S. Poppick