**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
                               :
ROSEMONT AEROSPACE INC.,       :
                               :
        Plaintiff,             :
                               :
v.                             :    Civ No. 3:03CV00444(AWT)
                               :
WEED INSTRUMENT COMPANY, INC.  :
And HARCO LABORATORIES, INC.,  :
                               :
        Defendants.            :
                               :
-------------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

_____ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

_____ A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

_____ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

__X__ A ruling on the following motion(s), which is/are currently pending:(orefm.)
  • Doc.# <u>33</u> <u>Defendant's Motion for a Protective Order</u>

_____ A settlement conference (orefmisc./cnf)

_____ A conference to discuss the following: (orefmisc./cnf)
_____

_____ Other: (orefmisc./misc)_____

SO ORDERED this 18th day of December, 2003, at Hartford, Connecticut.

/s/
Alvin W. Thompson
United States District Judge