FILED

2003 DEC 15 P 2: 43

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROSEMOUNT AEROSPACE INC.,       :
                Plaintiff,   :   Civil Action No. 303CV0444 (AWT)

vs.   :

WEED INSTRUMENT COMPANY, INC., :
and HARCO LABORATORIES, INC.,   :

                Defendants.  :   DECEMBER 12, 2003

## DEFENDANTS' MOTION FOR EXTENSION OF TIME

Defendant Harco Laboratories, Inc. ("Harco") moves for an extension of time for serving responses to the discovery requests of Plaintiff Rosemount Aerospace, Inc., pursuant to Local Rule 7(b), with respect to the Plaintiff's First Set of Requests for Documents, First Set of Interrogatories and Second Set of Requests for Documents.

Harco's responses to the Plaintiff's First Set of Interrogatories and First Set of Request for Documents were originally due on December 1, 2003. Rosemount consented to adjourn those responses until December 31, 2003. Harco's responses to the Plaintiff's Second Set of Requests for Documents is due on December 15, 2003.

Harco requests that its time to respond to the First and Second Set of Requests be extended until January 9, 2004. The Harco representative primarily responsible for coordinating

Extension GRANTED, over objection, to and including January 9, 2004. It is so ordered.

ST:27373v1

ALVIN W. THOMPSON, U.S.D.J.
HARTFORD, CT   12/18/03