# EXHIBIT 1

Brad Powell and Jorge Martinez have documents and tools from Weed Mfg. In TX and Lewis Engr in CT that copy the TAT sensors made by you.

# PURCHASE ORDER

**HARCO Laboratories, Inc.**
Tel. (203) 483-3700
FAX (203) 481-8214
P.O. Box 10

186 CEDAR STREET • BRANFORD, CONNECTICUT 06405-0010 USA

| PO NUMBER | PAGE |
|---|---|
| 028220-00 | 1 |

| PO DATE | ORDER TYPE | CHANGE/CANCEL |
|---|---|---|
| 02/23/99 | Normal | Original 02/24/99 |

**BILL TO:** Harco Laboratories, Inc.
Box 1012
Stamford, CT 06904

**ORDERED FROM:** GLENN B. BEATTY
1211 ROBIN TRAIL
ROUND ROCK, TX 78681

**SHIP TO:** HARCO LABORATORIES, INC.
186 CEDAR ST.
BRANFORD, CT 06405

| BUYER | TERMS | | | FOB | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|
| RUTH RUSSELL | N10 | Yes | Yes | SHIP POINT | NOT APPLICABLE | Ppd |

| LINE NUMBER | QUANTITY ORDERED / BLANKET TYPE | U/M | DESCRIPTION | UNIT PRICE | REQUESTED DATE | CHANGE CANCEL |
|---|---|---|---|---|---|---|
| 1 | 4,000.00 | EA | DESIGN/CAD SERVICES | 1.0000 | 04/02/99 | |
| | | | | Ext Price = 4,000.00 | | |
| | | | TO PRODUCE TOOLING TO BEND HEATER (HARCO P/N 24422-1) INTO CONFIGURATION FOR INSTALLATION INTO 3 CASTINGS (HARCO P/N'S 24423-1, 24424-1, 24425-1) PER STATEMENT OF WORK ATTACHED. | | | |

$2925 as of 4/10/99

COMMENTS

Total Ext Price = 4,000.00

...ATE MUST BE SUPPLIED WITH EACH SHIPMENT.
...ON DAY OF SHIPMENT.
...ER NUMBER MUST APPEAR ON ALL INVOICES, PACKAGES, AND SHIPPING PAPERS.

BY _Ruth M Russell_
PURCHASING    PURCHASING MANAGER



**Laboratories, Inc.**

Tel. (203) 483-3700
FAX (203) 481-5214
P.O. Box 10

186 CEDAR STREET, BRANFORD, CONNECTICUT 06405, USA

Purchase Order
00210

GLEBEA

Page 2

**Bill to:**

Harco Laboratories, Inc.
P.O. Box 1012
Stamford, CT 06904

**To:**

GLENN E. BEATTY
1211 ROBIN TRAIL
ROUND ROCK TX  78681

**Ship to:**

Harco Laboratories, Inc.
186 Cedar Street
Branford, CT 06405

| P.O. Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 8/2/1999 | UPS PREPAID | SHIPPING POINT | Net 30 |

**Buyer**

ORAVECB

| QTY | P/N | (Blueprint Attached) Description | Unit Cost | Extended Cost |
|---|---|---|---|---|
| 2,500.00 | SUPPORT | (EA) Deliver on: 8/15/1999 DEVELOPMENT OF PROCESS & ADDITIONAL TOOLING TO BEND, BRAZE HEATERS INTO CASTING. THIS WILL INCLUDE THE DESIGN AND PREPARATION OF SOLIDWORKS MODELS & DRAWINGS FOR THE FOLLOWING FIXTURES: FIXTURE TO HOLD STRUT/INLET ASSEMBLY DURING TORCH BRAZING FIXTURE TO HOLD STRUT/FLANGE ASSEMBLY DURING TORCH BRAZING FIXTURE TO SPREAD STRUT IN THE EVENT THAT WARPAGE OCCURS DURING TORCH BRAZING DESIGN SEALING PLUGS TO SEAL-OUT PLATING FLUIDS DURING PLATING OPERATION PROVIDE DOCUMENTATION OF PROCEDURES SUPPORT TRAINING OF HARCO PERSONNEL, IN TEXAS, AT A PREDETERMINED RATE OF $100.00 PER HOUR. THIS RATE SHALL INCLUDE ANY ADDITIONAL SUPPORT PERSONNEL AND THE ARRANGEMENT OF A SUITABLE FACILITY TO PERFORM THE PROCESS DEMONSTRATIONS. PRICE IS AN ESTIMATE OF THE "NOT TO EXCEED" AMOUNT FOR THIS WORK, WHICH INCLUDES AN ASSUMED NUMBER OF HOURS TO | 1.00 | $2,500.00 |

BY _____
PURCHASING MANAGER

1. PACKING SLIP IN DUPLICATE MUST BE SUPPLIED WITH EACH SHIPMENT
2. THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKAGES, AND SHIPPING PAPERS.

**HARCO Laboratories, Inc.**

Tel. (203) 483-3700
FAX (203) 481-8214
P.O. Box 10

186 CEDAR STREET, BRANFORD, CONNECTICUT 06405, USA

Purchase Order

00210

GLEBEA

Page 3

**Bill to:**

Harco Laboratories, Inc.
P.O. Box 1012
Stamford, CT 06904

**To:**

GLENN E. BEATTY
1211 ROBIN TRAIL
ROUND ROCK TX 78681

**Ship to:**

Harco Laboratories, Inc.
186 Cedar Street
Branford, CT 06405

| P.O. Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 8/2/1999 | UPS PREPAID | SHIPPING POINT | Net 30 |

**Buyer**

ORAVECB

| QTY | P/N | (Blueprint Attached) Description | Unit Cost | Extended Cost |
|---|---|---|---|---|
| | | SUPPORT PROCESS DEMONSTRATION AND TRAINING. | | |
| | | | Total | $2,500.00 |

BY _____
PURCHASING MANAGER

1. PACKING SLIP IN DUPLICATE MUST BE SUPPLIED WITH EACH SHIPMENT
2. THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKAGES, AND SHIPPING PAPERS.



Purchase Order

**Laboratories, Inc.**

Tel. (203) 483-3700
FAX (203) 481-8214
P.O. Box 10

00523

GLEBEA

186 CEDAR STREET, BRANFORD, CONNECTICUT 06405, USA

Bill to:

Page 1

Harco Laboratories, Inc.
P.O. Box 1012
Stamford, CT 06904

To:

GLENN E. BEATTY
1211 ROBIN TRAIL
ROUND ROCK TX 78681

Ship to:

Harco Laboratories, Inc.
186 Cedar Street
Branford, CT 06405

| P.O. Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 9/14/1999 | UPS PREPAID | SHIPPING POINT | Net 30 |

Buyer

ORAVECB

| QTY | P/N | (Blueprint Attached) Description | Unit Cost | Extended Cost |
|---|---|---|---|---|
| 1.00 | ADV MATERIALS | CONF. BY FAX TO GLENN BEATTY 9/15/99 (EA)<br>Deliver on: 9/30/1999<br>Vendor part # DESIGN FLOW<br>TEST BENCH FOR TAT SENSOR TESTING PER QUOTE OF SEPTEMBER 9, 1999 TO BRAD POWELL (SEE ATTACHED)<br>Used by A1000/1 Op# 40 Po# 10 | 2,375.00 | $2,375.00 |
| | | Total | | $2,375.00 |

BY _____
PURCHASING MANAGER

1. PACKING SLIP IN DUPLICATE MUST BE SUPPLIED WITH EACH SHIPMENT
2. THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKAGES, AND SHIPPING PAPERS.



**Laboratories, Inc.**

Tel. (203) 483-3700
FAX (203) 481-5214
P.O. Box 10

Purchase Order

00901

GLEBEA

186 CEDAR STREET, BRANFORD, CONNECTICUT 06405, USA

Bill to:

Page 1

Harco Laboratories, Inc.
P.O. Box 1012
Stamford, CT 06904

To:

GLENN E. BEATTY
1211 ROBIN TRAIL
ROUND ROCK TX 78681

Ship to:

Harco Laboratories, Inc.
186 Cedar Street
Branford, CT 06405

| P.O. Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 11/4/1999 | UPS PREPAID | SHIPPING POINT | Net 30 |

Buyer

ORAVECB

| QTY | P/N | (Blueprint Attached) Description | Unit Cost | Extended Cost |
|---|---|---|---|---|
| 1.00 | PURCHASE PROJEC | ORDER MAILED TO GLENN BEATTY (EA) Deliver on: 11/30/1999 Vendor part # DESIGN AND MODEL Used by A1000/1 Op# 50 Pc# 140 | 475.00 | $475.00 |
| 1.00 | PURCHASE PROJEC | (EA) Deliver on: 11/30/1999 Vendor part # PROVIDE ADDITIONAL SUPPORT TO CHANGE THE DETAIL EXTERNAL DESIGN FOR ITEM 1 ABOVE. THIS INCLUDES CHANGING THE HAPE OF THE PILOT INLET, AND DETAILING THE AIRFOIL SHAPE. Used by A1000/1 Op# 50 Pc# 140 | 300.00 | $300.00 |

Total $775.00

BY _____
PURCHASING MANAGER

1. PACKING SLIP IN DUPLICATE MUST BE SUPPLIED WITH EACH SHIPMENT
2. THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKAGES, AND SHIPPING PAPERS.



Purchase Order

**Laboratories, Inc.**

Tel. (203) 483-3700
FAX( 203) 481-8214
P.O. Box 10

00991

GLKBEA

156 CEDAR STREET, BRANFORD, CONNECTICUT 06405, USA

Page 1

**Bill to:**

Harco Laboratories, Inc.
P.O. Box 1012
Stamford, CT 06904

**To:**

GLENN E. BEATTY
1211 ROBIN TRAIL
ROUND ROCK TX 78681

**Ship to:**

Harco Laboratories, Inc.
156 Cedar Street
Branford, CT 06405

| P.O. Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 11/16/1999 | UPS PREPAID | SHIPPING POINT | Net 30 |

**Buyer**

ORAVECB

| QTY | P/N | Description | Unit Cost | Extended Cost |
|---|---|---|---|---|
| | | (Blueprint Attached) | | |
| | | MAIL TO G. BEATTY 11/16/99 | | |
| 1.00 | PROVIDE SUPPORT (EA) | | 1,000.00 | $1,000.00 |
| | | Deliver on: 11/30/1999 | | |
| | | TO GET ALL PARTS FOR THE FLOW BENCH ORDERED. GET QUOTES FROM MACHINE SHOPS AND AFTER SELECTION OF VENDOR, WORK WITH VENDOR TO HAVE THE PARTS MACHINED AND PLATED. INSPECT FINISHED MACHINE PARTS FOR CONFORMANCE TO DRAWINGS. UPDATE DRAWINGS TO REFLECT AS BUILT PARTS IF REQUIRED. ASSEMBLE SUBASSEMBLIES AND CHECK OPERATION. ASSIST HARCO PERSONNEL TO ASSEMBLE THE BALANCE OF THE FLOW BENCH. DESIGN FLOW SENSOR TEST ADAPTER TO MOUNT FLOW SENSOR ON FLOW BENCH. FLOW SENSOR TEST ADAPTER TO BE COMPLETED FIRST AND EXPEDITED TO HARCO. | | |

Total $1,000.00

BY _____
PURCHASING MANAGER

1. PACKING SLIP IN DUPLICATE MUST BE SUPPLIED WITH EACH SHIPMENT
2. THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKAGES, AND SHIPPING PAPERS.



**Laboratories, Inc.**

Tel. (203) 433-3700
FAX (203) 481-8214
P.O. Box 10

186 CEDAR STREET, BRANFORD, CONNECTICUT 06405, USA

Purchase Order

01226

GLEBEA

Bill to:

Harco Laboratories, Inc.
P.O. Box 1012
Stamford, CT 06904

Page 1

To:

GLENN E. BEATTY
1211 ROBIN TRAIL
ROUND ROCK TX 78681

Ship to:

Harco Laboratories, Inc.
186 Cedar Street
Branford, CT 06405

| P.O. Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 12/16/1999 | UPS PREPAID | SHIPPING POINT | Net 30 |

Buyer

ORAVECB

| QTY | P/N | Description (Blueprint Attached) | Unit Cost | Extended Cost |
|---|---|---|---|---|
| 5,000.00 | PURCHASE PROJEC | MAILED TO GLEN BEATTY 12/17/99 (EA) | 1.00 | $5,000.00 |

Deliver on: 12/15/1999
Vendor part # SUPPORT DESIGN
DEVELOPMENT OF PHASE II CONFIGURATION
OF AIRSPEED-ALTITUDE SENSOR/ MODE
SELECTOR, INCLUDING BUT NOT LIMITED TO
THE FOLLOWING:
DESIGN DT-1 MECHANICAL LAYOUT BASES ON
EXISTING COMPONENTS AND DIMENSIONS
DESIGN FLOW BENCH ADAPTER AND
CALIBRATION STAND
DESIGN MECHANICAL LINKAGE FOR PLUNGER
ACTUATION LOCK OUT.
THIS PURCHASE ORDER NOT TO EXCEED
$5,000. VENDOR MAY INVOICE BY LINE
ITEM BASED ON APPROVAL BY BRAD POWELL

Used by A1001/1 Op# 40 Pc# 80

Total $5,000.00

BY _____
PURCHASING MANAGER

1. PACKING SLIP IN DUPLICATE MUST BE SUPPLIED WITH EACH SHIPMENT
2. THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKAGES, AND SHIPPING PAPERS.

**Harco Laboratories, Inc.**

Tel. (203) 483-3700
FAX (203) 481-5214
P.O. Box 10

186 CEDAR STREET, BRANFORD, CONNECTICUT 06405, USA

Purchase Order: 01735
GLEBEA

Page 1

**Bill to:**

Harco Laboratories, Inc.
P.O. Box 1012
Stamford, CT 06904

**To:**

GLENN E. BEATTY
1211 ROBIN TRAIL
ROUND ROCK TX 78681

**Ship to:**

Harco Laboratories, Inc.
186 Cedar Street
Branford, CT 06405

| P.O. Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 2/23/2000 | UPS PREPAID | SHIPPING POINT | Net 30 |

**Buyer**

ORAVECB

| QTY | P/N | Description (Blueprint Attached) | Unit Cost | Extended Cost |
|---|---|---|---|---|
| 1.00 | DEVELOP | MAILED TO GLENN BEATY | 5,000.00 | $5,000.00 |

Deliver on: 2/22/2000
1 LINE SOLIDWORKS DESIGN MODELS OF THE MECHANICAL LINKAGE ASSEMBLY FOR AIRSPEED ALTITUDE SENSOR/MODE SELECTOR.
PURCHASE ORDER SHALL BE BLANKET AMOUNT FOR HOURS BOOKED AT $50.00 PER HOUR RATE. WORK ACTIVITIES SHALL BE COORDINATED BY BRAD POWELL.
Used by A1002/1 Op# 40 Pc# 160

Total   $5,000.00

BY _____
PURCHASING MANAGER

1. PACKING SLIP IN DUPLICATE MUST BE SUPPLIED WITH EACH SHIPMENT
2. THIS PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKAGES, AND SHIPPING PAPERS.

# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSEMOUNT AEROSPACE INC.<br>　　　　Plaintiff,<br><br>　　　vs.<br><br>HARCO LABORATORIES, INC., a<br>Connecticut Corporation and<br>BRAD POWELL, an individual,<br>　　　　Defendants, | )<br>)<br>)　Civil Action No. 3:03CV0444(AWT)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF DANIEL W. MCDONALD

I, Daniel W. McDonald, having personal knowledge of the facts set forth herein, declare as follows:

1. I am a partner with the firm of Merchant & Gould, P.C., and counsel for Plaintiff Rosemount Aerospace Inc. ("Rosemount Aerospace"), in the above captioned matter, and I make this declaration in opposition to Harco's Motion for a Protective Order.

2. On October 20, 2003, I interviewed John Labaj at the facilities of Weed Instrument Company, Inc. Mr. Labaj informed me that in May 2001, he provided training at Harco's facilities to Harco's employees for nine consecutive days concerning brazing techniques to manufacture TAT sensors. He provided me with the attached payment stub (Exhibit A) from a Harco check dated May 17, 2001.

I state under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: Jan. 2, 2004　　　　　　　　　　　　　　　／s／ Daniel W. McDonald
　　　　　　　　　　　　　　　　　　　　　　　　　Daniel W. McDonald





# EXHIBIT 3

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER ENTERED IN THIS CASE

# EXHIBIT 4

LEXSEE 2003 U.S. DIST. LEXIS 17861

JOHN P. CURRY, Plaintiff,-vs-ALLAN S. GOODMAN, INC., Defendants.

No. 3:02cv1149 (PCD)

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

2003 U.S. Dist. LEXIS 17861

May 22, 2003, Filed

**SUBSEQUENT HISTORY:** Motion granted by, Sanctions disallowed by Curry v. Allan S. Goodman, Inc., 2003 U.S. Dist. LEXIS 17928 (D. Conn., Aug. 2, 2003)

**DISPOSITION:** Plaintiff's motion to compel granted in part.

**LexisNexis (TM) HEADNOTES- Core Concepts:**

**COUNSEL:** *1 For John P Curry, PLAINTIFF: Richard Eugene Hayber, Richard E Hayber, LLC, Hartford, CT USA.

For Allan S Goodman Inc, DEFENDANT: Glenn A Duhl, Siegel, O'Connor, Zangari, O'Donnell & Beck, Hartford, CT USA.

**JUDGES:** Peter C. Dorsey, United States District Judge.

**OPINIONBY:** Peter C. Dorsey

**OPINION:**

RULING ON PLAINTIFF'S MOTION TO COMPEL INSPECTION OF PREMISES

Plaintiff moves for an order compelling defendant's compliance with his request to inspect its premises. For the reasons set forth herein, the motion is **granted in part**.

I. BACKGROUND

Plaintiff alleges that defendant terminated him in April, 2001, when it learned he had a chronic back injury. On February 26, 2003, plaintiff served defendant, a liquor distributor, with a Request for Inspection seeking to have an ergonomic expert inspect its warehouse to determine if accommodations for plaintiff's alleged disability were feasible. On March 5, 2003, defendant responded seeking a more detailed explanation as to why the purported expert needed to inspect the warehouse. Defendant ultimately refused the request.

II. DISCUSSION

A party may serve on another party

> a request . . . to permit entry upon designated *2 land or other property in the possession or control of the party upon whom the request is served for the purpose of inspection and measuring, surveying, photographing, testing, or sampling the property or any designated object or operation thereon, within the scope of Rule 26(b).

FED. R. CIV. P. 34(a)(2). Such an inspection may be denied as unduly burdensome if "the degree to which the proposed inspection will aid in the search for truth" outweighs "the burdens and dangers created by the inspection." *New York Assoc. for Retarded Children v. Carey (Willowbrook)*, 706 F.2d 956, 961 (2d Cir. 1983) (internal quotation marks omitted).

Plaintiff argues that an on-site inspection is the only way his expert can truly evaluate defendant's operation, and the disruption would be minimal. Defendant responds that it has provided a videotape of its warehouse operation, providing a picture of two "lines" at issue, n1 thus obviating the need for plaintiff's expert to conduct an on-site visit, and that a visit would be disruptive to his twentyfour hour per day operation.

> n1 The parties cite to the work areas of interest as "split line" and "solid line". It is presumed these represent separate assembly line operations within the warehouse.

*3

Consistent with Rule 34(a), defendant is not at liberty to refuse plaintiff's request for an on-site visit and

substitute what it deems comparable. This does not permit plaintiff's expert "basic access to managerial personnel to understand the operations of the warehouse." Such a request invokes concerns as to very danger raised in *Carey* that

> interrogation of the employees, conducted informally could amount to a roving deposition, taken without notice, throughout the plants, of persons who were not sworn and whose testimony was not recorded, and without any right by the defendant to make any objection to the questions asked.

*New York Assoc. for Retarded Children*, 706 F.2d at 961 (internal quotation marks omitted). Notwithstanding the marginal interference imposed on defendant's operations, the request to inspect defendant's premises is appropriate. The visit shall be limited to measurements and observations and is not to be treated as a hybrid visit/deposition. If plaintiff wants to question managerial personnel, questions will be presented through formal discovery mechanisms.

### III. CONCLUSION

Plaintiff's motion to compel inspection of *4 premises (Doc. No. 24) is **granted in part** as consistent with this opinion. SO ORDERED.

Dated at New Haven, Connecticut, May,   2003.

Peter C. Dorsey

United States District Judge