Marco Exhibits in Motion for Protective Order

Civil Action No. 303CV0444(AWT)

January 13, 2004

# Exhibit

A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------------X

ROSEMOUNT AEROSPACE INC.,          :
                                   :
              Plaintiff,           :        303 CV 0444 (AWT)
                                   :
       v.                          :        **NOTICE TO TAKE**
                                   :        **DEPOSITION UPON**
WEED INSTRUMENT COMPANY, INC.,     :        **ORAL EXAMINATION**
and HARCO LABORATORIES, INC.,      :
                                   :
              Defendants.          :
-------------------------------------------------------------X

 

 

 

   **PLEASE TAKE NOTICE,** that, pursuant to the Fed. R. Civ. P. 30, Defendant, Harco

Laboratories, Inc., will take the deposition upon oral examination of Rosemount Aerospace Inc.,

by the person designated by the Plaintiff as most knowledgeable to testify on its behalf with

respect to the allegations set forth in the Complaint, on November 7, 2003, at 9:30 a.m., before a

notary public or a person authorized to administer oaths at the offices of Epstein Becker &

Green, P.C., One Landmark Square, Suite 1800, Stamford, Connecticut 06901.

   The deposition shall continue from day to day until completed.  You are invited to attend

and cross-examine.

Dated: September 25, 2003

                              EPSTEIN BECKER & GREEN, P.C.
                              Attorneys for Defendant
                              HARCO LABORATORIES, INC.

                              By: _David S. Poppick_
                              David S. Poppick, Esq. (DP-2716)
                              One Landmark Square, Suite 1800
                              Stamford, CT  06901
                              (203) 348-3737

## CERTIFICATION

The undersigned hereby certifies that a true copy of the foregoing Notice to Take Deposition Upon Oral Examination was sent via first class mail this 25th day of September, 2003 to:

Matthew J. Becker
Elizabeth A. Alquist
DAY, BERRY & HOWARD LLP
Attorneys for Plaintiff
City Place I
Hartford, CT  06103-3499
(860) 275-0100

Daniel McDonald
Kirstin Stoll-DeBell
Jeffrey P. Cook
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2215
(612) 332-5300

Jennifer Pearson-Flanagan

ST:26613v1

Exhibit

B

# Merchant & Gould

An Intellectual Property Law Firm

RECEIVED JAN 0 4 2004

3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota
55402-2215 USA
TEL 612.332.5300
FAX 612.332.9081
www.merchant-gould.com

A Professional Corporation

| Direct Contact | wschultz@merchant-gould.com |
|----------------|------------------------------|
|                | 612.371.4677                 |

January 2, 2004

**VIA U.S. MAIL**

David Poppick
Epstein, Becker & Green, P.C.
One Landmark Square, 18th Floor
Stamford, CT 06901

Re:    Rosemount Aerospace Inc. v. Harco Laboratories, Inc.
       Our Reference:  12971.0009USZA

Dear David:

In a November 26, 2003, letter, I asked you to review your availability the last two weeks of January and first two weeks of February for the depositions of Jorge Martinez and Brad Powell.  I again asked you to review those dates in a December 3, 2003, letter.  You sent me an email on December 29, 2003, requesting how many dates we needed to conduct the depositions, but failed to provide any firm dates regarding your availability.

This afternoon I called once again to determine the dates that will work for you and inform you of additional witnesses.  You said you were not available on February 2-4, 2004, because of other depositions.  You said you are available on February 9-11, 2004.  Enclosed and served upon you via first class mail are the following notices of deposition set for January 21, 2004 and February 9-11, 2004:

1. Notice of Deposition of Jorge Martinez;
2. Notice of Deposition of William DiCicco;
3. Notice of Deposition of Ronald Buchanan;
4. Notice of Deposition of Brad Powell; and
5. Notice of Deposition of John Labaj.

Yours very truly,

William D. Schultz

Minneapolis/St. Paul
Denver
Seattle
Atlanta
Washington, DC

January 2, 2004
Page 2


WDS: kth
Enclosures

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSEMOUNT AEROSPACE INC. <br> Plaintiff, | ) <br> ) <br> ) |
| vs. | ) <br> ) |
| WEED INSTRUMENT COMPANY, INC. <br> HARCO LABORATORIES, INC. <br> Defendants, | ) <br> ) <br> ) <br> ) |

Civil Action No. 3:03CV0444(AWT)

## NOTICE OF DEPOSITION OF JOHN LABAJ

To:    David Poppick (ct13202)
       Epstein, Becker & Green, P.C.
       One Landmark Square, 18th Floor
       Stamford, CT 06901
       (203) 348-3737

PLEASE TAKE NOTICE that at the Hilton Austin Airport, 9515 New Airport Drive, Austin, Texas 78719, at 12:00 p.m. on Wednesday, January 21, 2004, Plaintiff Rosemount Aerospace Inc. will take the deposition of John Labaj.

The deposition will take place upon oral examination pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure before an officer duly authorized by law to administer oaths and record testimony. The testimony will be recorded by stenographic means and may be videotaped. The deposition will continue until completed or adjourned.

Counsel for defendant is invited to attend and cross-examine and produce the witness at the time and place designated.

Dated: _1/2/2004_

**ROSEMOUNT AEROSPACE INC.**

By its attorneys,

By _____

    Daniel W. McDonald (ct23281)
    William D. Schultz (ct25198)
    MERCHANT & GOULD P.C.
    3200 IDS Center
    80 South Eighth Street
    Minneapolis, MN  55402-2215
    Ph. (612) 332-5300
    Fx. (612) 332-9081

    James Mahanna (ct24681)
    Day, Berry & Howard LLP
    CityPlace I
    Hartford, Connecticut  06103-3499
    Telephone: (860) 275-0100
    Facsimile: (860) 275-0343

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing Notice of Deposition of John Labaj was served using the following methods, on this 2nd day of January 2004, to:

David S. Poppick, Esq.                    **VIA FIRST CLASS MAIL**
Jonathan Plissner, Esq.
Epstein Becker & Green, P.C.
One Landmark Square, 18th Floor
Stamford, CT  06901

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSEMOUNT AEROSPACE INC.<br>Plaintiff,<br><br>vs.<br><br>WEED INSTRUMENT COMPANY, INC.<br>HARCO LABORATORIES, INC.<br>Defendants, | )<br>)<br>)    Civil Action No. 3:03CV0444(AWT)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DEPOSITION OF JORGE MARTINEZ

To:    David Poppick (ct13202)
       Epstein, Becker & Green, P.C.
       One Landmark Square, 18th Floor
       Stamford, CT 06901
       (203) 348-3737

    PLEASE TAKE NOTICE that at the offices of DAY, BERRY & HOWARD,

LLP, One Canterbury Green, Stamford, CT 06901, at 9:30 a.m. on Monday, February 9,

2004, Plaintiff Rosemount Aerospace Inc. will take the deposition of Jorge Martinez.

    The deposition will take place upon oral examination pursuant to Rules 26 and 30

of the Federal Rules of Civil Procedure before an officer duly authorized by law to

administer oaths and record testimony.  The testimony will be recorded by stenographic

means and may be videotaped.  The deposition will continue until completed or

adjourned.

Counsel for defendant is invited to attend and cross-examine and produce the witness at the time and place designated.

Dated: _1/2/2004_

ROSEMOUNT AEROSPACE INC.

By its attorneys,

By _Will Sctt_

Daniel W. McDonald (ct23281)
William D. Schultz (ct25198)
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2215
Ph. (612) 332-5300
Fx. (612) 332-9081

James Mahanna (ct24681)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut  06103-3499
Telephone: (860) 275-0100
Facsimile: (860) 275-0343

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing Notice of Deposition of Jorge Martinez was served using the following methods, on this 2nd day of January 2004, to:

David S. Poppick, Esq.                    **VIA FIRST CLASS MAIL**
Jonathan Plissner, Esq.
Epstein Becker & Green, P.C.
One Landmark Square, 18th Floor
Stamford, CT  06901

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROSEMOUNT AEROSPACE INC.   )
    Plaintiff,      )  Civil Action No. 3:03CV0444(AWT)
            )
    vs.       )
            )
WEED INSTRUMENT COMPANY, INC. )
HARCO LABORATORIES, INC.   )
    Defendants,    )
_____)

## NOTICE OF DEPOSITION OF RONALD BUCHANAN

To:  David Poppick (ct13202)
   Epstein, Becker & Green, P.C.
   One Landmark Square, 18th Floor
   Stamford, CT 06901
   (203) 348-3737

   PLEASE TAKE NOTICE that at the offices of DAY, BERRY & HOWARD,

LLP, One Canterbury Green, Stamford, CT  06901, at 1:00 p.m. on Tuesday, February

10, 2004,  Plaintiff Rosemount Aerospace Inc. will take the deposition of Ronald

Buchanan.

   The deposition will take place upon oral examination pursuant to Rules 26 and 30

of the Federal Rules of Civil Procedure before an officer duly authorized by law to

administer oaths and record testimony.  The testimony will be recorded by stenographic

means and may be videotaped.  The deposition will continue until completed or

adjourned.

Counsel for defendant is invited to attend and cross-examine and produce the

witness at the time and place designated.


Dated: 1/2/2004                    **ROSEMOUNT AEROSPACE INC.**

By its attorneys,


By _____
Daniel W. McDonald (ct23281)
William D. Schultz (ct25198)
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2215
Ph. (612) 332-5300
Fx. (612) 332-9081

James Mahanna (ct24681)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut  06103-3499
Telephone: (860) 275-0100
Facsimile: (860) 275-0343

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing Notice of Deposition of Ronald Buchanan was served using the following methods, on this 2nd day of January 2004, to:

David S. Poppick, Esq.
Jonathan Plissner, Esq.
Epstein Becker & Green, P.C.
One Landmark Square, 18th Floor
Stamford, CT  06901

**VIA FIRST CLASS MAIL**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| ROSEMOUNT AEROSPACE INC.<br>Plaintiff,<br><br>vs.<br><br>WEED INSTRUMENT COMPANY, INC.<br>HARCO LABORATORIES, INC.<br>Defendants, | Civil Action No. 3:03CV0444(AWT) |

## NOTICE OF DEPOSITION OF WILLIAM DICICCO

To:     David Poppick (ct13202)
        Epstein, Becker & Green, P.C.
        One Landmark Square, 18th Floor
        Stamford, CT 06901
        (203) 348-3737

PLEASE TAKE NOTICE that at the offices of DAY, BERRY & HOWARD,

LLP, One Canterbury Green, Stamford, CT 06901, at 9:30 a.m. on Tuesday, February

10, 2004, Plaintiff Rosemount Aerospace Inc. will take the deposition of William

DiCicco.

The deposition will take place upon oral examination pursuant to Rules 26 and 30

of the Federal Rules of Civil Procedure before an officer duly authorized by law to

administer oaths and record testimony. The testimony will be recorded by stenographic

means and may be videotaped. The deposition will continue until completed or

adjourned.

Counsel for defendant is invited to attend and cross-examine and produce the witness at the time and place designated.

Dated: _____1/2/2004_____

**ROSEMOUNT AEROSPACE INC.**

By its attorneys,

By _____

Daniel W. McDonald (ct23281)
William D. Schultz (ct25198)
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215
Ph. (612) 332-5300
Fx. (612) 332-9081

James Mahanna (ct24681)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
Telephone: (860) 275-0100
Facsimile: (860) 275-0343

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing Notice of Deposition of William DiCicco was served using the following methods, on this 2nd day of January 2004, to:

David S. Poppick, Esq.                        **VIA FIRST CLASS MAIL**
Jonathan Plissner, Esq.
Epstein Becker & Green, P.C.
One Landmark Square, 18th Floor
Stamford, CT  06901

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROSEMOUNT AEROSPACE INC.                )
          Plaintiff,                     )    Civil Action No. 3:03CV0444(AWT)
                                        )
          vs.                            )
                                        )
WEED INSTRUMENT COMPANY, INC.           )
HARCO LABORATORIES, INC.                )
          Defendants,                    )
_____ )

## NOTICE OF DEPOSITION OF BRAD POWELL

To:    David Poppick (ct13202)
       Epstein, Becker & Green, P.C.
       One Landmark Square, 18th Floor
       Stamford, CT 06901
       (203) 348-3737

     PLEASE TAKE NOTICE that at the offices of DAY, BERRY & HOWARD,

LLP, One Canterbury Green, Stamford, CT 06901, at 9:30 a.m. on Wednesday, February

11, 2004, Plaintiff Rosemount Aerospace Inc. will take the deposition of Brad Powell.

     The deposition will take place upon oral examination pursuant to Rules 26 and 30

of the Federal Rules of Civil Procedure before an officer duly authorized by law to

administer oaths and record testimony.  The testimony will be recorded by stenographic

means and may be videotaped.  The deposition will continue until completed or

adjourned.

Counsel for defendant is invited to attend and cross-examine and produce the witness at the time and place designated.

Dated: _____1/2/2004_____          **ROSEMOUNT AEROSPACE INC.**

By its attorneys,

By _____
       Daniel W. McDonald (ct23281)
       William D. Schultz (ct25198)
       MERCHANT & GOULD P.C.
       3200 IDS Center
       80 South Eighth Street
       Minneapolis, MN  55402-2215
       Ph. (612) 332-5300
       Fx. (612) 332-9081

       James Mahanna (ct24681)
       Day, Berry & Howard LLP
       CityPlace I
       Hartford, Connecticut  06103-3499
       Telephone: (860) 275-0100
       Facsimile: (860) 275-0343

**CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing Notice of Deposition of Brad Powell was served using the following methods, on this 2nd day of January 2004, to:

David S. Poppick, Esq.                    <u>**VIA FIRST CLASS MAIL**</u>
Jonathan Plissner, Esq.
Epstein Becker & Green, P.C.
One Landmark Square, 18th Floor
Stamford, CT  06901

_____