UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROSEMOUNT AEROSPACE INC.,           :

                Plaintiff,    :    Civil Action No. 303CV0444 (AWT)

vs.                                 :

WEED INSTRUMENT COMPANY, INC., :
and HARCO LABORATORIES, INC.,       :

                Defendants.   :    JANUARY 13, 2004


**DECLARATION IN SUPPORT OF**
**DEFENDANT'S MOTION FOR A PROTECTIVE ORDER**

DAVID S. POPPICK, ESQ., pursuant to 28 U.S.C., § 1746, declares:

1.    I am a member of the Bar of this Court and a member of Epstein Becker & Green, P.C., attorneys for Defendant Harco Laboratories, Inc. ("Harco"). I submit this declaration in support of Harco's Motion for a Protective Order, pursuant to Federal Rules of Civil Procedure 26(c), and this Court's Local Rule 37(a)(2).

2.    I certify that I have conferred with opposing counsel, William D. Schultz, Esq. of Merchant & Gould, P.C., attorneys for Plaintiff, Rosemount Aerospace, Inc., regarding the subject of the accompanying Motion for Protective Order in a good faith effort to eliminate or

ST:27561v1

reduce the area of controversy and arrive at a mutually satisfactory resolution. Those attempts have failed, and we have been unable to reach any agreement.

3. I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 13, 2004.

                         **EPSTEIN BECKER & GREEN, P.C.**

                         By _David S. Poppick_
                         David S. Poppick, Esq. (#13202)
                         Attorneys for Defendants
                         HARCO LABORATORIES, INC.
                         and BRAD POWELL
                         One Landmark Square, 18th Floor
                         Stamford, CT 06901
                         (203) 348-3737

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing was sent, via Regular Mail, this 13th day of January 2004, to:

Daniel W. McDonald Esq. (ct23281)
William D. Schultz, Esq.(ct25198)
Merchant & Gould PC
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215
Telephone: (612) 332-5300
Facsimile: (612) 332-9081

James Mahanna, Esq. (ct24681)
Day, Berry & Howard LLP
CityPlace 1
Hartford, CT 06103-3499
Telephone: (860) 275-0100
Facsimile: (860) 275-0343

_____
David S. Poppick