UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROSEMOUNT AEROSPACE INC., | : | |
| Plaintiff, | : | Civil Action No. 303CV0444 (AWT) |
| vs. | : | |
| WEED INSTRUMENT COMPANY, INC., and HARCO LABORATORIES, INC., | : | |
| Defendants, | : | JANUARY 20, 2004 |

### NOTICE OF APPEARANCE

Please take notice that Robert B. Wise hereby appears as an attorney of record for the Defendant, Harco Laboratories, Inc. Copies of all papers and communications in this matter should be directed to the firm's office at 1100 Summer Street, Stamford, Connecticut 06905.

WISE & WISE

By /s/ Robert B. Wise
Robert B. Wise, Esq.
Attorney for Defendant
HARCO LABORATORIES, INC.
1100 Summer Street
Stamford, Connecticut 06905
Telephone: 203-359-8877
Federal Bar No. ct25476

WISE & WISE • ATTORNEYS AT LAW • (203) 359-8877 • JURIS NO. 102091
1100 SUMMER STREET • STAMFORD, CONNECTICUT 06905

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing was sent, via U.S. Mail, this 20th day of January, 2004.

Matthew J. Becker, Esq.
Elizabeth A. Alquist, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT  06103-3499

Daniel W. McDonald, Esq.
Kirstin Stoll-DeBell, Esq.
Jeffrey P. Cook, Esq.
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota  55402-2215

_____
Robert B. Wise

WISE & WISE • ATTORNEYS AT LAW • JURIS NO. 102091
1100 SUMMER STREET • STAMFORD, CONNECTICUT 06905 • (203) 359-8877