UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSEMOUNT AEROSPACE INC.            ) | |
|               Plaintiff,            ) | Civil Action No. 3:03CV0444(AWT) |
| vs.                                                         ) | |
| WEED INSTRUMENT COMPANY, INC. and ) HARCO LABORATORIES, INC.            ) | |
|               Defendant.          ) | February 3, 2004 |

**PLAINTIFF'S MOTION FOR ADMISSION PRO HAC VICE
OF JOEL E. BERGSTROM**

James Mahanna, counsel to Rosemount Aerospace Inc., and a member of the Bar of this Court, respectfully moves pursuant to Local Rule 83.1(d) of the Local Rules of Civil Procedure for the District of Connecticut, for the admission of Joel E. Bergstrom, Esquire, an attorney with the law firm of Merchant & Gould, 80 S. 8th Street, 3200 IDS Center, Minneapolis, MN 55402, pro hac vice as counsel for the Plaintiff in association with the undersigned in the above-captioned matter. The telephone number for Merchant & Gould is (612) 332-5300 and the fax number is (612) 332-9081.

Attorney Bergstrom was admitted to the bar of the Supreme Court of Minnesota on March 6, 2000, the state bar of New York in January 2001, and the bar of the United States District Court of the Southern District of New York on October 23, 2001. (Affidavit of Joel E. Bergstrom, ¶ 1 (hereinafter "Bergstrom Aff. ¶ __.")) He is a member in good standing of all Bars to which he has been admitted and has never been the subject of any disciplinary proceedings. (Bergstrom Aff. ¶ 2.)

**ORAL ARGUMENT IS NOT REQUESTED**

-2-

Attorney Bergstrom has not resigned nor been denied admission, reprimanded, suspended or disbarred from the practice of law by this or any other court, nor does he have any grievances pending against him. (Bergstrom Aff. ¶ 3.)

Attorney Bergstrom has not been denied admission or been disciplined in accordance with Rule 83.2 of the Local Rules of Civil Procedure for this District and has not been denied admission or disciplined by any other court. (Bergstrom Aff. ¶ 4.)

Attorney Bergstrom has a attorney-client relationship with the plaintiff predating this action and is familiar with the facts of this case and has knowledge of the circumstances giving rise to this action. (Bergstrom Aff. ¶ 5.)

Attached to this Motion is a check in the amount of $25.00 for payment of the fee required by Rule 83.1(d) of the Local Rules of Civil Procedure for this District.

          ROSEMOUNT AEROSPACE INC.

by _____
    Matthew J. Becker (ct10050)
    James Mahanna (ct24681)
    DAY, BERRY & HOWARD LLP
    CityPlace I
    Hartford, CT  06103-3499
    Tel:  (860) 275-0100
    Fax: (860) 275-0343
    mjbecker@dbh.com
    jmahanna@dbh.com
    Attorneys for Plaintiff

## CERTIFICATION

       THIS IS TO CERTIFY that a copy of the foregoing Notice of Appearance was mailed, first class mail, postage prepaid, on this 3rd day of February 2004, to:

David S. Poppick (ct13202)
Jonathan M. Plissner (ct23773)
Epstein, Becker & Green, P.C.
One Landmark Square, 18th Fl
Stamford, CT  06901

Robert B. Wise, Esq. (ct25476)
1100 Summer Street
Stamford, Connecticut   06905-2165
(203) 348-3737

                                                         _____
                                                                James Mahanna