UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSEMOUNT AEROSPACE INC.<br>Plaintiff,<br><br>vs.<br><br>HARCO LABORATORIES, INC., a<br>Connecticut Corporation and<br>BRAD POWELL, an individual,<br>Defendants, | Civil Action No. 3:03CV0444(AWT) |

## AFFIDAVIT OF JOEL E. BERGSTROM

STATE OF MINNESOTA  )
                    ) ss
COUNTY OF HENNEPIN  )

I, Joel E. Bergstrom, being duly sworn, state and aver based on my personal knowledge the following:

1. I am admitted to the following bars:

   State Bar of Minnesota - 03/06/2000
   State Bar of New York - January 2001
   United States District Court of the Southern District of New York - 10/23/2001

2. I am a member in good standing of the Bars to which I have been admitted and I have never been the subject of any disciplinary proceedings.

3. I have not resigned nor been denied admission, reprimanded, suspended or disbarred from the practice of law by this or any other court, nor do I have any grievances pending against me.

4.  I have not been denied admission or been disciplined in accordance with Rule 83.2 of the Local Rules of Civil Procedure for this District and have not been denied admission or disciplined by any other Court.

5.  I have an attorney-client relationship with the plaintiff predating this action and am familiar with the facts of this case and have knowledge of the circumstances giving rise to this action.

Date: 1-29-04

_____
Joel E. Bergstrom, Esq.

Subscribed and sworn to before
me this 29 day of January 2004

_____
Notary Public

JOY PETERSON HUBLER
Notary Public
Minnesota
Commission Expires Jan. 31, 2005

Affidavit of Joel E. Bergstrom                -2-