mpto
aff Hoyt
aff Poppick
memsupp

FILED

2003 DEC 15 P 2:58

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

US DISTRICT COURT
HARTFORD CT

ROSEMOUNT AEROSPACE INC.,           :

                Plaintiff,          :          Civil Action No. 303CV0444 AWT

                vs.                 :

WEED INSTRUMENT COMPANY, INC.,      :
and HARCO LABORATORIES, INC.,       :

                Defendants.       :          DECEMBER 12, 2003

### DEFENDANT'S MOTION FOR A PROTECTIVE ORDER

Pursuant to Federal Rules of Civil Procedure (26)(b) and 26(c), Defendant Harco Laboratories, Inc. ("Harco") respectfully moves for entry of a Protective Order with respect to the Notice of Request to Permit Entry For Inspection ("Inspection Request") served by Plaintiff Rosemount Aerospace, Inc. ("Rosemount"). The Protective Order should be granted because:

(a)    The discovery sought is obtainable from other sources that are more convenient, less burdensome and less expensive;

(b)    the burden and expense of an on-site inspection outweighs its likely benefit, since the discovery is obtainable from other sources;

[Handwritten margin notes: DENIED. The parties shall meet and confer to minimize any disruption to Harco during the inspection. Donna F. Martinez, U.S.M.J. 2/4/04]

ST:27344v1