*03CV444proto*
*03CV444exhoopro*

FILED

2004 JAN 14 P 1:26

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROSEMOUNT AEROSPACE, INC.,              :

                Plaintiff,        :        Civil Action No. 303CV0444 (AWT)

                vs.              :

WEED INSTRUMENT COMPANY, INC., :
and HARCO LABORATORIES, INC.,          :

                Defendants.    :        JANUARY 13, 2004

## DEFENDANT'S MOTION FOR A PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c), Defendant Harco Laboratories, Inc.

("Harco") respectfully moves for entry of a Protective Order rescheduling the Deposition noticed

by Plaintiff Rosemount Aerospace, Inc. ("Rosemount") to proceed on February 9, 2004. Also,

Harco seeks an order compelling Rosemount to attend its deposition in the District of

Connecticut on February 9, 2004, based on a prior deposition notice Harco served. Rosemount's

Minnesota counsel has said that Rosemount will require Harco to take Rosemount's deposition

in Minnesota, and Rosemount will not come to the District of Connecticut on February 9, 2004,

for its deposition. Instead, Rosemount seeks to take the deposition of Harco's employee on

February 9, 2004, before it proceeds with its deposition even though its deposition notice was

served later than Harco's notice was served. In addition, Harco seeks sanctions of expenses and

ST:27551v1

DENIED. The record reflects that Harco did not notice a Fed. R. Civ. P. 30(b)(6) deposition to take place on February 9, 2004. SO ORDERED/

Donna F. Martinez
2/4/04