CT/cvmhrg (January 10, 2002)

HONORABLE _D.F. Martinez_

DEPUTY CLERK _R.K. Wood_    RPTR/ERO (TAPE)

TOTAL TIME: _1_ hours _8_ minutes

DATE _2/4/04_    START TIME _11:35 a.m._ END TIME _12:43 p.m._

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____ (if more than 1/2 hour)

Rosemount

CIVIL NO. _3:03cv444 (AWT)_

§
§                                      Plaintiffs Counsel
vs.                                      §
§    ☑ SEE ATTACHED CALENDAR FOR COUNSEL
§
_Weed Instrument, et al._    §
§                                      Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

- ☑ (mhrgh) Motion Hearing
- ☐ (contmphrg.) Contempt Hearing
- ☐ (pchrg.) Probable Cause Hearing
- ☐ (mischrg.) Miscellaneous Hearing

- ☐ (confmhrg.) Confirmation Hearing
- ☐ (evidhrg.) Evidentiary Hearing
- ☐ (fairhrg.) Fairness Hearing

- ☐ (showhrg.) Show Cause Hearing
- ☐ (jgmdbexam.) Judgment Debtor Exam
- ☐ (stlmthrg.) Settlement Hearing

**MOTION
DOCUMENT NO.**

| | | | | |
|---|---|---|---|---|
| ☑ .... #33 | Motion _for protective order_ | ☐ granted | ☐ denied | ☑ advisement |
| ☑ .... #39 | Motion _for protective order_ | ☐ granted | ☐ denied | ☑ advisement |
| ☐ .... # ___ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... # ___ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... # ___ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... # ___ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... # ___ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ........ | ☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____ | | | |
| ☐ ........ | _____ | ☐ filed | ☐ docketed | |
| ☐ ........ | _____ | ☐ filed | ☐ docketed | |
| ☐ ........ | _____ | ☐ filed | ☐ docketed | |
| ☐ ........ | _____ | ☐ filed | ☐ docketed | |
| ☐ ........ | _____ | ☐ filed | ☐ docketed | |
| ☐ ........ | _____ | ☐ filed | ☐ docketed | |
| ☐ ........ | _____ | ☐ filed | ☐ docketed | |
| ☐ ........ | _____ | ☐ filed | ☐ docketed | |
| ☐ ........ | _____ | ☐ filed | ☐ docketed | |
| ☐ ........ | _____ | ☐ filed | ☐ docketed | |
| ☐ ........ | _____ Hearing continued until _____ at _____ | | | |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Amended
Miscellaneous Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
East Courtroom

February 4, 2004

11:30 a.m.

The motion(s) listed below will be heard at oral argument. The
scheduling of a motion for oral argument does not relieve the
opposing party of its obligation to file responsive papers. If no
response has been filed 21 days after the filing of the motion,
the motion may be granted and oral argument cancelled. See D.
Conn., L. Civ. R. 9.

---

CASE NO. **3:03CV444 (AWT)**    **Rosemount v. Weed Instrument, et al.**
Oral Argument on Defendant's Motion for Protective Order
(doc.#33) & (doc.#39).

    COUNSEL OF RECORD:

| | |
|---|---|
| Matthew J. Becker | Day, Berry & Howard<br>Cityplace<br>Hartford, CT 06103-3499<br>860-275-0100<br>mjbecker@dbh.com |
| Lynn A. Kappelman | Seyfarth Shaw - MA<br>World Trade Center East<br>Two Seaport Lane<br>Suite 300<br>Boston, MA 02210-2028<br>617-946-4800<br>617-946-4801 (fax)<br>kappely@seyfarth.com |
| James Mahanna ✓ | Day, Berry & Howard<br>Cityplace I<br>185 Asylum Street<br>Hartford, CT 06103-3449<br>860-275-00354<br>860-275-0343 (fax)<br>jmahanna@dbh.com |

Daniel W. McDonald

Merchant & Gould
3200 IDS Center
80 South 8th St.
Suite 3200
Minneapolis, MN 55402
612-332-5300
dmcdonald@merchant-gould.com

Jonathan M. Plissner

Epstein, Becker & Green, P.C.
One Landmark Square
Ste. 1800
Stamford, CT 06901-2165
203-348-3737

David S. Poppick

Epstein, Becker & Green, P.C.
One Landmark Square, Ste 1800
Stamford, CT 06901-2165
203-348-3737
203-324-9291 (fax)
dpoppick@ebglaw.com

William D. Schultz

Merchant & Gould
3200 IDS Center
80 South 8th St.
Suite 3200
Minneapolis, MN 55402
612-332-5300
wschultz@merchant-gould.com

Robert Wise

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK