UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSEMOUNT AEROSPACE INC. | ) |
| Plaintiff, | ) Civil Action No. 3:03CV0444(AWT) |
| vs. | ) |
| WEED INSTRUMENT COMPANY, INC. and HARCO LABORATORIES, INC. | ) |
| Defendant. | ) February 3, 2004 |

### PLAINTIFF'S MOTION FOR ADMISSION PRO HAC VICE OF JOEL E. BERGSTROM

James Mahanna, counsel to Rosemount Aerospace Inc., and a member of the Bar of this Court, respectfully moves pursuant to Local Rule 83.1(d) of the Local Rules of Civil Procedure for the District of Connecticut, for the admission of Joel E. Bergstrom, Esquire, an attorney with the law firm of Merchant & Gould, 80 S. 8th Street, 3200 IDS Center, Minneapolis, MN 55402, pro hac vice as counsel for the Plaintiff in association with the undersigned in the above-captioned matter. The telephone number for Merchant & Gould is (612) 332-5300 and the fax number is (612) 332-9081.

Attorney Bergstrom was admitted to the bar of the Supreme Court of Minnesota on March 6, 2000, the state bar of New York in January 2001, and the bar of the United States District Court of the Southern District of New York on October 23, 2001. (Affidavit of Joel E. Bergstrom, ¶ 1 (hereinafter "Bergstrom Aff. ¶ __.")) He is a member in good standing of all Bars to which he has been admitted and has never been the subject of any disciplinary proceedings. (Bergstrom Aff. ¶ 2.)

**GRANTED. It is so ordered.**

ORAL ARGUMENT IS NOT REQUESTED

Alvin W. Thompson, U.S.D.J.
Hartford, CT   2/10/04