**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
ROSEMONT AEROSPACE INC.,       :
                               :
         Plaintiff,            :
                               :
v.                             :    Civ No. 3:03CV00444(AWT)
                               :
WEED INSTRUMENT COMPANY, INC.  :
And HARCO LABORATORIES, INC.,  :
                               :
         Defendants.           :
-------------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

\_\_\_\_\_   All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_\_   A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

\_\_\_\_\_   To supervise discovery and resolve discovery disputes (orefmisc./dscv)

__X__   A ruling on the following motion(s), which is/are currently pending:(orefm.)
  • Doc.# <u>33 Defendant's Motion for a Protective Order Regarding Subpoena Duces Tecum Served on Glen Beatty</u>

\_\_\_\_\_   A settlement conference (orefmisc./cnf)

\_\_\_\_\_   A conference to discuss the following:  (orefmisc./cnf) _____

\_\_\_\_\_   Other:  (orefmisc./misc)_____

SO ORDERED this 9th day of February, 2004, at Hartford, Connecticut.

                                   /s/
                            Alvin W. Thompson
                         United States District Judge