UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROSEMOUNT AEROSPACE, INC., | : | |
| Plaintiff, | : | Civil Action No. 303CV0444 (AWT) |
| vs. | : | |
| WEED INSTRUMENT COMPANY, INC., and HARCO LABORATORIES, INC., | : | |
| Defendants. | : | FEBRUARY 17, 2004 |

**DEFENDANT'S MOTION TO WITHDRAW THE MOTION
FOR A PROTECTIVE ORDER REGARDING SUBPOENA
DUCES TECUM SERVED ON GLEN BEATTY**

Defendant Harco Laboratories, Inc. ("Harco") moves to withdraw the Motion for a Protective Order, Memorandum of Support, and Affidavit of Jonathan M. Plissner, filed by Harco and entered by the Court on February 6, 2004, as docket entries 48, 49 and 50, regarding the Subpoena Duces Tecum served on non-party Glen Beatty ("Beatty") by Plaintiff Rosemount Aerospace, Inc. The parties are pursuing objection to the Beatty Subpoena through a Motion to Quash filed in the District Court in which the Beatty Subpoena was issued, United States District Court, Western District of Texas. Defendant's Motion for a Protective Order has been referred to Magistrate Judge Donna F. Martinez.

ST:27861v1

For these reasons, Harco's Motion to Withdraw the Motion for a Protective Order, Memorandum of Support, and Affidavit of Jonathan M. Plissner, filed by Harco and entered by the Court on February 6, 2004 as docket entries 48, 49 and 50 regarding the Beatty Subpoena should be granted.

                                        **EPSTEIN BECKER & GREEN, P.C.**

                                By _____
                                      Jonathan M. Plissner, Esq. (#ct 23773)
                                      David S. Poppick, Esq. (#ct13202)
                                      Attorneys for Defendants
                                      HARCO LABORATORIES, INC.
                                      and BRAD POWELL
                                      One Landmark Square, 18th Floor
                                      Stamford, CT  06901
                                      (203) 348-3737

                                                and

                                      WISE & WISE
                                      Robert B. Wise, Esq.
                                      Attorneys for Defendant
                                      HARCO LABORATORIES, INC.
                                      1100 Summer Street
                                      Stamford, CT  06905
                                      (203) 359-8877

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing was sent, via facsimile and Federal Express, this 17th day of February 2004, to:

James Mahanna, Esq.
Day, Berry & Howard LLP
CityPlace 1
Hartford, CT  06103-3499


Daniel W. McDonald, Esq.
William D. Schultz, Esq.
Joel E. Bergstrom, Esq.
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota  55402-2215


Magistrate Judge Donna F. Martinez
United States District Court
District of Connecticut
450 Main Street
Hartford, CT  06103

_____
Jonathan M. Plissner