UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROSEMOUNT AEROSPACE, INC.,          :

                 Plaintiff,          :          Civil Action No. 303CV0444 (AWT)

            vs.                     :

WEED INSTRUMENT COMPANY, INC., :
and HARCO LABORATORIES, INC.,       :

            Defendants.   :          FEBRUARY 4, 2004

**DEFENDANT'S MOTION FOR A PROTECTIVE ORDER
REGARDING SUBPOENA DUCES TECUM SERVED ON GLEN BEATTY**

Pursuant to Federal Rule of Civil Procedure 26(c), Defendant Harco Laboratories, Inc.

("Harco") respectfully moves for entry of a Protective Order regarding the Subpoena Duces

Tecum served on non-party Glen Beatty ("Beatty") on February 2, 2004, by Plaintiff Rosemount

Aerospace, Inc. ("Rosemount") (Exhibit A): **(a)** limiting the documents requested from Beatty to

those concerning the total air temperature ("TAT") sensor, which is the only product that

Rosemount has identified with specificity in its First Amended Complaint (Exhibit B) as

misappropriated by Harco, its employee Brad Powell ("Powell") and former Weed employees

who worked for Harco, including Beatty; **(b)** providing Harco with adequate opportunity to

review and object to documents Beatty intends to produce, before production to Rosemount, to

avoid unwarranted disclosure of Harco's confidential trade secret information about products

that do not relate to the TAT sensor; and **(c)** requiring Plaintiff to comply with the Federal Rules

ST:27734v1