FILED

2004 FEB 18 A 10: 53

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROSEMOUNT AEROSPACE, INC., | : | |
| Plaintiff, | : | Civil Action No. 303CV0444 (AWT) |
| vs. | : | |
| WEED INSTRUMENT COMPANY, INC., and HARCO LABORATORIES, INC., | : | |
| Defendants. | : | FEBRUARY 17, 2004 |

### DEFENDANT'S MOTION TO WITHDRAW THE MOTION FOR A PROTECTIVE ORDER REGARDING SUBPOENA DUCES TECUM SERVED ON GLEN BEATTY

Defendant Harco Laboratories, Inc. ("Harco") moves to withdraw the Motion for a Protective Order, Memorandum of Support, and Affidavit of Jonathan M. Plissner, filed by Harco and entered by the Court on February 6, 2004, as docket entries 48, 49 and 50, regarding the Subpoena Duces Tecum served on non-party Glen Beatty ("Beatty") by Plaintiff Rosemount Aerospace, Inc. The parties are pursuing objection to the Beatty Subpoena through a Motion to Quash filed in the District Court in which the Beatty Subpoena was issued, United States District Court, Western District of Texas. Defendant's Motion for a Protective Order has been referred to Magistrate Judge Donna F. Martinez.

[Handwritten margin note: GRANTED. So ordered, 2/20/04. [signature]]

ST:27861v1