UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSEMOUNT AEROSPACE INC.<br>　　　　Plaintiff,<br><br>　　vs.<br><br>HARCO LABORATORIES, INC., a<br>Connecticut Corporation and<br>BRAD POWELL, an individual,<br>　　　　Defendants, | )<br>)<br>)　Civil Action No. 3:03CV0444(AWT)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# JOINT MOTION FOR EXTENSION OF CASE SCHEDULE

The Plaintiff, Rosemount Aerospace, Inc. ("Rosemount"), and Defendants, Harco Laboratories, Inc. ("Harco") and Brad Powell ("Powell"), hereby respectfully move for an extension of the case schedule to provide the close of fact discovery, expert discovery, dispositive motions, and trial readiness as described below.

## I.　BACKGROUND

Rosemount served its Complaint on Harco on July 10, 2003. On December 30, 2003, Rosemount served its First Amended Complaint on Harco and Powell. The First Amended Complaint includes the addition of Powell, the addition of claims, and the dismissal of Weed Instrument Company, Inc. as a defendant. The parties request an extension of time to conduct discovery in order to further develop the facts relating to the claims in the First Amended Complaint.

The parties are presently conducting fact discovery. The parties have exchanged written discovery requests, some of which remain pending. Depositions were taken on February 9-11, with further depositions to follow. The additional time requested will enable the parties to adequately develop the facts of this case.

## II. JOINT REQUEST FOR EXTENSION OF CASE SCHEDULE

The court's October 23, 2003, order set the close of non-expert discovery for March 1, 2004, and other deadlines for discovery. The parties request modification of the deadlines in this case to provide for close of non-expert discovery on July 1, 2004, with other deadlines following the close of non-expert discovery, as described in the Proposed Schedule provided below.

## III. PROPOSED SCHEDULE

The parties respectfully request that the court extend case deadlines as follows:

A.  Discovery

All non-expert discovery, including the depositions of fact witnesses, will be completed (not propounded) by July 1, 2004. All discovery, including depositions of expert witnesses pursuant to Fed.R.Civ.P. 26(b)(4) will be completed (not propounded) by October 1, 2004.

The party having the burden of proof on an issue shall designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) on such issue(s) by August 2, 2004. Depositions of any such experts may commence on or after August 2, 2004, and will be completed by October 1, 2004.

The party not having the burden of proof on an issue will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) on such issue(s) by September 3, 2004. Depositions of such experts may commence on or after September 3, 2004, and will be completed by October 1, 2004.

A damages analysis will be provided by any party who has a claim or counterclaim for damages by August 2, 2004.

B.  <u>Dispositive Motions.</u>

Dispositive motions will be filed by November 15, 2004.

C.  <u>Joint Trial Memorandum</u>.

The joint trial memorandum required by the Standing Order of Trial Memoranda in Civil Cases will be filed by January 17, 2005, unless there is a pending motion for summary judgment, in which case the Joint Trial Memorandum will be due 60 days after an Order is entered with respect to such pending motion for summary judgment.

D.  <u>Trial Readiness</u>

The case will be ready for trial by February 1, 2005.

Dated:_____, 2004   **PLAINTIFF, ROSEMOUNT AEROSPACE INC.**

By its attorneys,

_____
James Mahanna (ct24681)
DAY, BERRY & HOWARD LLP
CityPlace I
Hartford, CT 06103-3499
Tel. (869) 275-0100
Fax: (806) 275-0343
jmahanna@dbh.com

Daniel W. McDonald (ct23281)
William D. Schultz (ct25198)
Joel E. Bergstrom, (MN 298955)
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2215
Ph. (612) 332-5300
Fx. (612) 332-9081

*Attorneys for Plaintiff*

DEFENDANTS, HARCO LABORATORIES, INC. and BRAD POWELL

By their attorneys,

_____
David S. Poppick (ct13202)
Jonathan Plissner (ct23773)
Epstein, Becker & Green, P.C.
One Landmark Square
Suite 1800
Stamford, CT 06901-2691
Ph. (203) 348-3737
Fx. (203) 324-9291

Robert Wise (ct25476)
Harco Laboratories, Inc.
1100 Summer Street
Stamford, CT 06905
Ph. (203) 359-8877

*Attorneys for Defendants*

4