#56

Extensions GRANTED. Discovery shall be completed by October 1, 2004. Dispositive motions, if any, shall be filed on or before November 15, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 03/4/04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROSEMOUNT AEROSPACE INC. )
    Plaintiff, )
                          ) Civil Action No. 3:03CV0444(AWT)
vs. )
                          )
HARCO LABORATORIES, INC., a )
Connecticut Corporation and )
BRAD POWELL, an individual, )
    Defendants, )

## JOINT MOTION FOR EXTENSION OF CASE SCHEDULE

The Plaintiff, Rosemount Aerospace, Inc. ("Rosemount"), and Defendants, Harco Laboratories, Inc. ("Harco") and Brad Powell ("Powell"), hereby respectfully move for an extension of the case schedule to provide the close of fact discovery, expert discovery, dispositive motions, and trial readiness as described below.

### I. BACKGROUND

Rosemount served its Complaint on Harco on July 10, 2003. On December 30, 2003, Rosemount served its First Amended Complaint on Harco and Powell. The First Amended Complaint includes the addition of Powell, the addition of claims, and the dismissal of Weed Instrument Company, Inc. as a defendant. The parties request an extension of time to conduct discovery in order to further develop the facts relating to the claims in the First Amended Complaint.

The parties are presently conducting fact discovery. The parties have exchanged written discovery requests, some of which remain pending. Depositions were taken on February 9-11, with further depositions to follow. The additional time requested will enable the parties to adequately develop the facts of this case.