UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSEMOUNT AEROSPACE INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> HARCO LABORATORIES, INC. and ) <br> BRAD POWELL, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 3:03CV0444 (AWT) <br><br><br> March 3, 2004 |

## DEFENDANT'S MOTION FOR ADMISSION PRO HAC VICE OF COREY W. ROUSH

David S. Poppick, counsel to Harco Laboratories, Inc., and a member of the Bar of this Court, respectfully moves pursuant to Local Rule 83.1(d) of the Local Rules of Civil Procedure for the District of Connecticut, for the admission of Corey W. Roush, Esq., an attorney with the law firm of Hogan & Hartson LLP, 555 Thirteenth Street, N.W., Washington, D.C. 20004, pro hac vice as counsel for the Defendant in the above-captioned matter. The telephone number for Hogan & Hartson is (202) 637-5600 and the fax number is (202) 637-5910.

Attorney Roush was admitted to the Bar of the Supreme Court of Ohio on November 10, 1997, the Bar of the Federal Circuit in 1999, and the Bar of the District of Columbia in 2000. (Affidavit of Corey W. Roush, ¶ 2 (hereinafter "Roush Aff. ¶ ____")).

**ORAL ARGUMENT IS NOT REQUESTED**

Attorney Roush has never been denied admission, reprimanded, suspended, disciplined or disbarred from the practice of law by this or any other court, nor does he have any grievances pending against him. (Roush Aff. ¶ 3).

Attorney Roush has fully reviewed and is familiar with the Rules of the United States District Court for the District of Connecticut. (Roush Aff. ¶ 4).

Attorney Roush has an attorney-client relationship with the defendant Harco Laboratories, Inc. and is familiar with the facts of this case and has knowledge of the circumstances giving rise to this action. (Roush Aff. ¶ 5).

Attached to this Motion is a check in the amount of $25.00 for payment of the fee required by Rule 83.1(d) of the Local Rules of Civil Procedure for this District.

                        HARCO LABORATORIES, INC.

By /David S. Poppick/
David S. Poppick (ct13202)
EPSTEIN, BECKER & GREEN, P.C.
One Landmark Square, 18th Floor
Stamford, Connecticut 06901-2681
Tel: (203) 348-3737

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing was sent, via Regular Mail, this 3rd day of March, 2004 to:

Daniel W. McDonald Esq. (ct23281)
William D. Schultz, Esq.(ct25198)
Merchant & Gould PC
3200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2215
Telephone:  (612) 332-5300
Facsimile:  (612) 332-9081


James Mahanna, Esq. (ct24681)
Day, Berry & Howard LLP
CityPlace 1
Hartford, CT  06103-3499
Telephone:  (860) 275-0100
Facsimile:  (860) 275-0343


Robert B. Wise, Esq.
Wise & Wise, Esq.
1100 Summer Street
Stamford, Connecticut  06905-2165

_____
David S. Poppick

15