UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSEMOUNT AEROSPACE INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:03CV0444 (AWT) |
| ) | |
| HARCO LABORATORIES, INC. and ) | |
| BRAD POWELL, ) | |
| ) | |
| Defendants. ) | March 3, 2004 |
| ) | |

### AFFIDAVIT OF COREY W. ROUSH

I, Corey W. Roush, being duly sworn, state and aver based on personal knowledge the following:

1. My office address, telephone and fax numbers, and e-mail address are as follows:

> Hogan & Hartson LLP
> 555 Thirteenth Street, N.W.
> Washington, D.C. 20004-1109
> Tel: (202) 637-5600
> Fax: (202) 637-5910
> CWRoush@HHLaw.com

2. I am admitted to the following bars:

> State Bar of The Supreme Court of Ohio – Nov. 10, 1997
> Bar of the Federal Circuit – Nov. 3, 1999
> Bar of the District of Columbia – Feb. 4, 2000

3. I have never been denied admission, reprimanded, suspended or disciplined from the practice of law by this or any other court, nor do I have any grievances pending against me.

4. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

5. I have an attorney-client relationship with the defendant Harco Laboratories, Inc. and I am familiar with the facts of this case and have knowledge of the circumstances giving rise to this action.

Date: 3/2/04

Corey W. Roush, Esq.

Subscribed and sworn before me this 2nd day of March, 2004.

Kathy Y. Gabriel-Lovick
Notary Public

Kathy Y. Gabriel-Lovick
Notary Public District of Columbia
My Commission Expires November 30, 2006