UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROSEMOUNT AEROSPACE INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:03CV0444 (AWT) |
| | ) | |
| HARCO LABORATORIES, INC. and BRAD POWELL, | ) | |
| | ) | |
| Defendants. | ) | March 3, 2004 |
| | ) | |

### DEFENDANT'S MOTION FOR ADMISSION PRO HAC VICE OF COREY W. ROUSH

David S. Poppick, counsel to Harco Laboratories, Inc., and a member of the Bar of this Court, respectfully moves pursuant to Local Rule 83.1(d) of the Local Rules of Civil Procedure for the District of Connecticut, for the admission of Corey W. Roush, Esq., an attorney with the law firm of Hogan & Hartson LLP, 555 Thirteenth Street, N.W., Washington, D.C. 20004, pro hac vice as counsel for the Defendant in the above-captioned matter. The telephone number for Hogan & Hartson is (202) 637-5600 and the fax number is (202) 637-5910.

Attorney Roush was admitted to the Bar of the Supreme Court of Ohio on November 10, 1997, the Bar of the Federal Circuit in 1999, and the Bar of the District of Columbia in 2000. (Affidavit of Corey W. Roush, ¶ 2 (hereinafter "Roush Aff. ¶ ___")).

**ORAL ARGUMENT IS NOT REQUESTED**

GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J
Hartford, CT     03/12/04