# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSEMOUNT AEROSPACE INC. )<br><br>Plaintiff, )<br>)<br>vs. )<br>)<br>HARCO LABORATORIES, INC., a )<br>Connecticut Corporation and )<br>BRAD POWELL, an individual, )<br>)<br>Defendants. ) | **APPEARANCE**<br><br>Civil Action No. 3:03CV0444(AWT) |

FILED
2004 MAR 25 P 2: 4?
U.S. DISTRICT COURT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:     ROSEMOUNT AEROSPACE INC.

March 22, 2004
Date

Signature

ct25647
Connecticut Federal Bar Number

Joel E. Bergstrom
Print Clearly or Type Name

612 766 6044
Telephone Number

3200 IDS Center
Address

612 332 9081
Fax Number

80 South Eighth Street

jbergstrom@merchant-gould.com
E-mail address

Minneapolis, Minnesota 55402

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed, VIA First Class Mail, this **24** of March, 2004, to the following:

David S. Poppick, Esq.
Jonathan Plissner, Esq.
Epstein Becker & Green, P.C.
One Landmark Square, 18th Floor
Stamford, CT 06901
(203) 348-3737

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001