UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROSEMOUNT AEROSPACE INC.,           :

           Plaintiff,         :         Civil Action No. 303CV0444

vs.                                 :

WEED INSTRUMENT COMPANY, INC.,      :
and HARCO LABORATORIES, INC.,       :

           Defendants.       :         APRIL 2, 2004

### DEFENDANTS' MOTION FOR EXTENSION OF TIME

Defendants Harco Laboratories, Inc. ("Harco") and Brad Powell ("Powell"), pursuant to Local Rule 7(b), move for an extension of time for serving responses to the discovery requests of Plaintiff Rosemount Aerospace, Inc., with respect to the Plaintiff's Third Request for Documents served on Harco and the First Request for Documents served on Powell (collectively, "the Rosemount Requests").

Responses to the Rosemount Requests are due to be served on April 6, 2004. Harco and Powell respectfully request that the time be extended for 30 days, until May 6, 2004. This is the first request for an extension of time concerning these particular discovery requests by Rosemount.

ST:28321v1

It will not be possible to complete the discovery responses as of the date presently scheduled, and the present time limitations cannot reasonably be met, despite the diligence of Harco and Powell.

The undersigned spoke with Rosemount's counsel, Daniel W. McDonald, Esq. concerning the adjournment. Rosemount's counsel conditioned consent to the extension of time based on production of certain documents on or before April 16, 2004, however, the specific documents subject to that deadline were not identified as of the time that this motion was served. Harco and Powell cannot predict at this date that they can comply with the April 16, 2004 deadline. Accordingly, Harco respectfully requests that its Motion for an extension of time be granted.

**EPSTEIN BECKER & GREEN, P.C.**

By _David S. Poppick_
David S. Poppick, Esq. (#13202)
Attorneys for Defendant
HARCO LABORATORIES, INC. and
BRAD POWELL
One Landmark Square, 18th Floor
Stamford, CT 06901
(203) 348-3737

and

Robert B. Wise, Esq.
WISE & WISE
Attorneys for Defendant
HARCO LABORATORIES, INC.
1100 Summer Street
Stamford, CT 06905
(203) 359-8877

**TO:**   Daniel W. McDonald, Esq.
William Schultz, Esq.
Joel E. Bergstrom, Esq.
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota  55402-2215
(612) 332-5300

James Mahanna, Esq.
DAY, BERRY & HOWARD LLP
CityPlace 1
Hartford, CT  06103-3499
(860) 275-0100

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing was sent, via regular mail, this 2nd day of April 2004, to:

Daniel W. McDonald, Esq. (ct23281)
William D. Schultz, Esq.(ct25198)
Joel E. Bergstrom, Esq.
Merchant & Gould PC
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215
Telephone: (612) 332-5300
Facsimile: (612) 332-9081


James Mahanna, Esq. (ct24681)
Day, Berry & Howard LLP
CityPlace 1
Hartford, CT 06103-3499
Telephone: (860) 275-0100
Facsimile: (860) 275-0343

/s/ David S. Poppick
David S. Poppick