UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROSEMOUNT AEROSPACE INC.,           :

           Plaintiff,    :    Civil Action No. 303CV0444 (AWT)

      vs.                         :

WEED INSTRUMENT COMPANY, INC.,     :
and HARCO LABORATORIES, INC.,      :

          Defendants.    :    APRIL 2, 2004

### DEFENDANTS' MOTION FOR EXTENSION OF TIME

Defendants Harco Laboratories, Inc. ("Harco") and Brad Powell ("Powell"), pursuant to Local Rule 7(b), move for an extension of time for serving responses to the discovery requests of Plaintiff Rosemount Aerospace, Inc., with respect to the Plaintiff's Third Request for Documents served on Harco and the First Request for Documents served on Powell (collectively, "the Rosemount Requests").

Responses to the Rosemount Requests are due to be served on April 6, 2004. Harco and Powell respectfully request that the time be extended for 30 days, until May 6, 2004. This is the first request for an extension of time concerning these particular discovery requests by Rosemount.

Extension GRANTED, nunc pro tunc, to and including May 6, 2004.
It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT    4/9/04

ST:28321v1