# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER Civil Action No. 3:03CV0444 (AWT)

**To the Clerk of this court and all parties of record:**

**Enter my appearance as counsel in this case for:**

Rosemount Aerospace Inc.,
    Plaintiff

v.

Harco Laboratories, Inc. and
Brad Powell,
    Defendants.

| | |
|---|---|
| 4/20/04 | /s/ Corey W. Roush |
| **Date** | **Signature** |
| ct 25743 | Corey W. Roush |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| (202) 637-5600 | Hogan & Hartson LLP |
| **Telephone Number** | **Address** |
| (202) 637-5910 | Columbia Square |
| **Fax Number** | 555 Thirteenth Street, N.W. |
| CWRoush@hhlaw.com | Washington, D.C. 20004 |
| **E-mail Address** | |

\\\DC - 19731/0001 - 1916972 v1

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Matthew J. Becker, Esq.
Elizabeth A. Alquist
Day, Berry & Howard LLP
CityPlace One
Hartford, Connecticut 06103-3499

Daniel W. McDonald, Esq.
Kirstin Stoll-DeBell
Jeffrey P. Cook
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2215

Robert B. Wise, Esq.
Wise & Wise
1100 Summer Street
Stamford, Connecticut 06905-2165

David S. Poppick
Epstein, Becker & Green, P.C.
One Landmark Square, 18th Floor
Stamford, Connecticut 06901-2681

_____
Signature