UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSEMOUNT AEROSPACE INC. | : |
| Plaintiff, | : Civil Action No.<br>: 303-CV-0444 (AWT) |
| vs. | : |
| HARCO LABORATORIES, INC., a<br>Connecticut Corporation and<br>BRAD POWELL, an Individual<br>Defendants. | :<br>:<br>:<br>: MAY 5, 2004 |

## APPEARANCE

Please enter the appearance of the undersigned on behalf of the non-party witness, Ronald Buchanan in the above-captioned matter.

Respectfully submitted,

NON-PARTY WITNESS,
RONALD BUCHANAN

BY: _____
**RUSSELL A. GREEN**
Federal Bar No. Ct14976
CARMODY & TORRANCE, LLP
P.O. Box 1110
Waterbury, CT 06721-1110
Phone: 203-573-1200
Fax: 203-575-2600
Email: rgreen@carmodylaw.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing has been faxed and mailed, postage prepaid, on the above date, to:

Daniel W. McDonald, Esq.
Joel E. Bergstrom, Esq.
William D. Schultz, Esq.
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215

James Mahanna, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499

David S. Poppick, Esq.
Jonathan Plissner, Esq.
Epstein Becker & Green, P.C.
One Landmark Square, 18th Floor
Stamford, CT 06901

Russell A. Green