UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSEMOUNT AEROSPACE INC. ) | |
| Plaintiff, ) | Civil Action No. 3:03CV0444(AWT) |
| ) | |
| vs. ) | |
| ) | |
| HARCO LABORATORIES, INC., a ) | |
| Connecticut Corporation and ) | |
| BRAD POWELL, an individual, ) | |
| Defendants, ) | |

## JOINT MOTION FOR EXTENSION OF CASE SCHEDULE

The Plaintiff, Rosemount Aerospace, Inc. ("Rosemount"), and Defendants, Harco

Laboratories, Inc. ("Harco") and Brad Powell ("Powell"), hereby respectfully move for an

extension of the case schedule to provide the close of fact discovery, expert discovery,

dispositive motions, and trial readiness as described below.

### I.    BACKGROUND

The original close of discovery was March 1.  By stipulated order dated March 3, 2004, the

close of discovery was extended to July 1, 2004.  Since the extension was granted, the parties have

engaged in extensive discovery including depositions and written discovery.

However, limited specific discovery remains that cannot be concluded by July 1, 2004.

Specifically, Harco seeks the depositions of third party Monty Coats of Texas, Rosemount

Aerospace employee Joseph Biernat, Rosemount ex-employee Larry Halsne, Rosemount ex-

employee Don Moffatt, and Harco ex-President Ronald Buchanan.  Rosemount Aerospace seeks a

deposition of Harco under Rule 30(b)(6) as to certain subject matter.  Harco also seeks further

review of several boxes of Rosemount Aerospace documents.

The parties jointly seek a limited extension, until September 10, 2004, of the above-enumerated discovery.

The parties further seek 60-day extensions of following deadlines relating to expert discovery, dispositive motions, and trial, in view of the limited extension of the fact discovery deadline sought herein.

## II.    JOINT REQUEST FOR EXTENSION OF CASE SCHEDULE

The Court's March 4, 2004, order set the close of non-expert discovery for July 1, 2004, and other deadlines for expert discovery and dispositive motions.  The parties request modification of the deadlines in this case to provide for close of the above-numerated non-expert discovery on September 10, 2004, with other deadlines following the close of non-expert discovery, as described in the Proposed Schedule provided below.

## III.    PROPOSED SCHEDULE

The parties respectfully request that the court extend case deadlines as follows:

A.    Discovery

Under the parties' proposal, all non-expert discovery, including the depositions of fact witnesses, will be completed (not propounded) by September 10, 2004, with the depositions of the following fact witnesses:  Joe Biernat (by Harco), Ronald Buchanan (by Harco), Montgomery Coats (by Harco), Larry Halsne (by Harco), Harco Laboratories, Inc. (by Rosemount Aerospace), Michael Milardo (by Rosemount Aerospace) and Don Moffatt (by Harco).  All discovery, including depositions of expert witnesses pursuant to Fed.R.Civ.P. 26(b)(4) will be completed (not propounded) by December 1, 2004.  This is a two-month extension from the current deadline of October 1, 2004.  All of the following proposed dates are approximately two-month extensions as well.

The party having the burden of proof on an issue shall designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) on such issue(s) by October 4, 2004.  Depositions of any such experts may commence on or after October 4, 2004, and will be completed by December 1, 2004.

The party not having the burden of proof on an issue will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) on such issue(s) by November 1, 2004.  Depositions of such experts may commence on or after November 1, 2004, and will be completed by December 1, 2004.

A damages analysis will be provided by any party who has a claim or counterclaim for damages by October 4, 2004.

B.      <u>Dispositive Motions.</u>

The parties propose that dispositive motions will be filed by January 14, 2004, an extension of 60 days from the current deadline.

C.      <u>Joint Trial Memorandum</u>.

The parties propose that the joint trial memorandum required by the Standing Order of Trial Memoranda in Civil Cases will be filed by March 16, 2005, unless there is a pending motion for summary judgment, in which case the Joint Trial Memorandum will be due 60 days after an Order is entered with respect to such pending motion for summary judgment.

D.    <u>Trial Readiness</u>

The parties propose that the date the case will be ready for trial be extended two months, to

April 1, 2005.

Dated:_____, 2004        **PLAINTIFF, ROSEMOUNT AEROSPACE INC.**

By its attorneys,

_____
Daniel W. McDonald (ct23281)
William D. Schultz (ct25198)
Joel E. Bergstrom, (ct25647)
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2215
Ph. (612) 332-5300
Fx. (612) 332-9081

James Mahanna (ct24681)
DAY, BERRY & HOWARD LLP
CityPlace I
Hartford, CT 06103-3499
Tel. (869) 275-0100
Fax: (806) 275-0343
jmahanna@dbh.com

*Attorneys for Plaintiff*

Dated:_____, 2004

**DEFENDANTS, HARCO LABORATORIES,
INC. and BRAD POWELL**

By their attorneys,


_____

David S. Poppick (ct13202)
Jonathan Plissner (ct23773)
Epstein, Becker & Green, P.C.
One Landmark Square
Suite 1800
Stamford, CT 06901-2691
Ph. (203) 348-3737
Fx. (203) 324-9291

Robert Wise (ct25476)
Harco Laboratories, Inc.
1100 Summer Street
Stamford, CT 06905
Ph. (203) 359-8877


*Attorneys for Defendants*