UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROSEMOUNT AEROSPACE INC.
Plaintiff,

vs.

HARCO LABORATORIES, INC., a
Connecticut Corporation and
BRAD POWELL, an individual,
Defendants,

Civil Action No. 3:03CV0444(AWT)

## JOINT MOTION FOR EXTENSION OF CASE SCHEDULE

The Plaintiff, Rosemount Aerospace, Inc. ("Rosemount"), and Defendants, Harco Laboratories, Inc. ("Harco") and Brad Powell ("Powell"), hereby respectfully move for an extension of the case schedule to provide the close of fact discovery, expert discovery, dispositive motions, and trial readiness as described below.

### I. BACKGROUND

The original close of discovery was March 1. By stipulated order dated March 3, 2004, the close of discovery was extended to July 1, 2004. Since the extension was granted, the parties have engaged in extensive discovery including depositions and written discovery.

However, limited specific discovery remains that cannot be concluded by July 1, 2004. Specifically, Harco seeks the depositions of third party Monty Coats of Texas, Rosemount Aerospace employee Joseph Biernat, Rosemount ex-employee Larry Halsne, Rosemount ex-employee Don Moffatt, and Harco ex-President Ronald Buchanan. Rosemount Aerospace seeks a deposition of Harco under Rule 30(b)(6) as to certain subject matter. Harco also seeks further review of several boxes of Rosemount Aerospace documents.

[Margin note: Dispositive motions, if any, shall be filed on or before December 1, 2004. Discovery shall be completed by January 14, 2005. It is so ordered. Extensions GRANTED. Alvin W. Thompson, U.S.D.J. Hartford, CT 7/2/04]

[Stamp: FILED 2004 JUL -2 P 6:52 U.S. DISTRICT COURT HARTFORD, CT]

[Stamp: FILED 2004 JUL -1 P 2:53 U.S. DISTRICT COURT HARTFORD, CT]