UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROSEMOUNT AEROSPACE, INC.,          :

            Plaintiff,    :    Civil Action No. 303CV0444 (AWT)

    vs.                             :

WEED INSTRUMENT COMPANY, INC., :
and HARCO LABORATORIES, INC.,      :

           Defendants.   :    JULY 29, 2004


### NOTICE OF DEPOSITION OF ROSEMOUNT AEROSPACE, INC.

To:    Rosemount Aerospace, Inc. and its attorneys
        Daniel W. McDonald Esq.
        Joel E. Bergstrom
        Merchant & Gould PC
        3200 IDS Center
        80 South Eighth Street
        Minneapolis, MN  55402-2215
        Telephone:  (612) 332-5300
        Facsimile:  (612) 332-9081

**PLEASE TAKE NOTICE** that at the offices of Merchant & Gould, 3200 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota at 9:00 a.m. on August 10, 2004, Defendants Harco Laboratories, Inc. ("Harco") and Brad Powell will take the deposition of Plaintiff Rosemount Aerospace, Inc. ("Rosemount").

ST:29335v1

The deposition will take place upon oral examination pursuant to Rules 26 and 30(b)(6) of the Federal Rules of Civil Procedure on the following topics:

1. The document entitled, "Business Plan Acquisition of Weed Instrument Company Aerospace Product Line Revision D, November 22, 1994," R010336-R010377, including the particulars of the document concerning Rosemount's objectives and reasons for the acquisition of Weed Instrument Company ("Weed"); the market analysis, competition, operations/transfer plan, products, government and regulatory points and issues described in the document; the recommended action, expected results and implementation plans described in the document; the name(s) of the author(s) of and contributor(s) to the document; the reason(s) the document was prepared; and to whom it was distributed.

2. The document entitled, "Weed Instrument Aerospace Product Line Acquisition," R010202-010209, including the particulars of the document concerning Rosemount's objectives and reasons for the acquisition of Weed, the strategic fit/rationale, pre-signing visit summary, purchase agreement summary, financial analysis and recommendations described in the document; the name(s) of the author(s) of and contributor(s) to the document; the reason(s) the document was prepared; and to whom it was distributed.

3. The document entitled, "Weed Instrument Transfer," R010227-010234, including the particulars of the document concerning Rosemount's objectives and reasons for the acquisition of Weed; the points and issues set forth in the document; the name(s) of the author(s)

of and contributor(s) to the document; the reason(s) the document was prepared; and to whom it was distributed.

4. The documents entitled "**Transfer Philosophy/General Guidelines**," R010235-010240, including the particulars of the document set forth under the subheads and points listed; the name(s) of the author(s) of and contributor(s) to the document; the reason(s) the documents were prepared; and to whom they were distributed.

5. The document entitled, "Huggins Presentation D. Shogren 2/13/95," R 010245-010250, including the particulars of the document set forth under the subheads and points listed; the name(s) of the author(s) and contributor(s) to the document; the reason(s) the documents were prepared; and to whom it was distributed.

6. The memorandum R010251 and the documents accompanying it, entitled "Transition Status, Transition Plan, Weed Transfer and Weed Transfer Plan," R010252-010257 and R010268-010271, including the particulars of the document set forth under the subheads and points listed; the name(s) of the author(s) and contributor(s) to the documents, the reason(s) the documents were prepared; and to whom they were distributed.

The testimony will be recorded by stenographic means and may be videotaped. The deposition will continue until completed or adjourned.

Pursuant to rule 30(b)(6) of the Federal Rules of Civil Procedure, Rosemount is requested to identify the person or persons who will testify on its behalf on each of the topics identified

above. Defendants request that prior to the commencement of the deposition, Rosemount supply a written designation of person(s) who will testify on its behalf and an indication of the topic(s) for which each such person is designated.

Dated: July 29, 2004            **EPSTEIN BECKER & GREEN, P.C.**

By _/s/ David S. Poppick_
David S. Poppick, Esq. (#ct13202)
Attorneys for Defendants
HARCO LABORATORIES, INC.
and BRAD POWELL
One Landmark Square, 18th Floor
Stamford, CT 06901
(203) 348-3737

and

Robert B. Wise, Esq.
WISE & WISE
Attorneys for Defendant
HARCO LABORATORIES, INC.
1100 Summer Street
Stamford, CT 06905
(203) 359-8877

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing was sent, via facsimile and via overnight delivery, this 29th day of July, 2004 to:

Daniel W. McDonald, Esq. (ct23281)
William D. Schultz, Esq.(ct25198)
Joel E. Bergstrom, Esq.
Merchant & Gould PC
3200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2215
Telephone:  (612) 332-5300
Facsimile:  (612) 332-9081

James Mahanna, Esq. (ct24681)
Day, Berry & Howard LLP
CityPlace 1
Hartford, CT  06103-3499
Telephone:  (860) 275-0100
Facsimile:  (860) 275-0343

_____
David S. Poppick