UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROSEMOUNT AEROSPACE, INC.,        :

              Plaintiff,        :        Civil Action No. 303CV0444 (AWT)

     vs.                                  :

WEED INSTRUMENT COMPANY, INC., :
and HARCO LABORATORIES, INC.,     :

            Defendants.       :        AUGUST 6, 2004


## NOTICE OF DEPOSITION OF JAMES M. RASHID

To:    Rosemount Aerospace, Inc. and its attorneys
        Daniel W. McDonald Esq.
        Joel E. Bergstrom
        Merchant & Gould PC
        3200 IDS Center
        80 South Eighth Street
        Minneapolis, MN 55402-2215
        Telephone: (612) 332-5300
        Facsimile: (612) 332-9081

**PLEASE TAKE NOTICE** that at the offices of Goodrich Corporation, Four Coliseum Centre, 2730 West Iyvola Road, Charlotte, North Carolina 28217-4578, at 10:00 a.m. on August 12, 2004, Defendants Harco Laboratories, Inc. ("Harco") and Brad Powell will take the deposition of James M. Rashid.

ST:29398v1

The deposition will take place upon oral examination pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure before an officer duly authorized by law to administer oaths and record testimony. The testimony will be recorded by stenographic means, and it may be videotaped and taken by telephone or other remote electronic means. The deposition will continue until completed or adjourned.

Counsel for Plaintiff is invited to attend and cross-examine and produce the witness at the time and place designated.

Dated: August 6, 2004                    **EPSTEIN BECKER & GREEN, P.C.**

                                         By _/s/ David S. Poppick_
                                         David S. Poppick, Esq. (#ct13202)
                                         Attorneys for Defendants
                                         HARCO LABORATORIES, INC.
                                         and BRAD POWELL
                                         One Landmark Square, 18th Floor
                                         Stamford, CT 06901
                                         (203) 348-3737

                                                    and

                                         Robert B. Wise, Esq.
                                         WISE & WISE
                                         Attorneys for Defendant
                                         HARCO LABORATORIES, INC.
                                         1100 Summer Street
                                         Stamford, CT 06905
                                         (203) 359-8877

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing was sent, via Regular Mail and via facsimile, this 6th day of August, 2004 to:

Daniel W. McDonald, Esq. (ct23281)
William D. Schultz, Esq.(ct25198)
Joel E. Bergstrom, Esq.
Merchant & Gould PC
3200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2215
Telephone:  (612) 332-5300
Facsimile:  (612) 332-9081

James Mahanna, Esq. (ct24681)
Day, Berry & Howard LLP
CityPlace 1
Hartford, CT  06103-3499
Telephone:  (860) 275-0100
Facsimile:  (860) 275-0343

_____
David S. Poppick

ST:29398v1                              3