# Merchant & Gould

An Intellectual Property Law Firm

80 South Eighth Street
Minneapolis, Minnesota
55402-2215 USA
TEL 612.332.5300
FAX 612.332.9081
www.merchant-gould.com

A Professional Corporation

Direct Contact | dmcdonald@merchant-gould.com
612.336.4637

June 29, 2004

**VIA FACSIMILE 203.324.9291**
**CONFIRMATION VIA U.S. MAIL**

Mr. David Poppick, Esq.
Epstein, Becker & Green, P.C.
One Landmark Square, 18th Floor
Stamford, CT 06901

Re:   Rosemount Aerospace Inc. v. Harco Laboratories, Inc.
      Our Reference: 12971.0009USZA

Dear David:

I have talked to Jim Rashid about his records and recollections regarding the anonymous mailing forwarded to Rosemount Aerospace Inc. by Rosemount, Inc. regarding Harco's misappropriation of drawings and tools from Lewis Engineering and/or Weed Instruments.

Mr. Rashid was working for Goodrich in Ohio in June 2000, when the package was forwarded to Rosemount Aerospace, Inc. He did not receive any original documents from the package, nor did he receive the envelope in which the original documents were mailed to Rosemount Inc.

As you know, we have withheld the production of some attorney notes related to these documents on the basis of work product immunity and/or attorney-client privilege. Nevertheless, my investigation and discussions with Mr. Rashid confirm our understanding that someone, perhaps Mr. Krouth from Rosemount, Inc., indicated that there was no return address or other originating information provided with the documents or their envelope. Neither Merchant & Gould nor Mr. Rashid have any record of receiving the envelope, or a photocopy of the envelope. To the contrary, our records indicate that some inquiry was made to determine the postmark city and state on the envelope, but those efforts did not result in obtaining any such information.

Minneapolis/St. Paul
Denver
Seattle
Atlanta
Washington, DC

June 29, 2004
Page 2

I believe that the above, in combination with the documents and letter previously provided to you, provides all of the information we have that is relevant to identifying the source of the misappropriation documents and their envelope. This should also confirm for you that no purpose would be served by deposing Mr. Rashid or me about the documents or the envelope.

If you have any questions, please let me know.

Yours truly,

*Daniel W McDonald*

Daniel W. McDonald
DWM/bes