UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROSEMOUNT AEROSPACE INC., | : | |
| Plaintiff, | : | Civil Action No. 303CV0444 (AWT) |
| vs. | : | |
| WEED INSTRUMENT COMPANY, INC., and HARCO LABORATORIES, INC., | : : | |
| Defendants. | : | AUGUST 12, 2004 |

**DECLARATION IN SUPPORT OF**
**DEFENDANT'S MOTION FOR A PROTECTIVE ORDER**

DAVID S. POPPICK, ESQ., pursuant to 28 U.S.C., § 1746, declares:

1. I am a member of the Bar of this Court and a member of Epstein Becker & Green, P.C., attorneys for Defendants Harco Laboratories, Inc. ("Harco") and Brad Powell. I submit this declaration in support of the Defendants' accompanying Motion for a Protective Order.

2. I certify that I have conferred with opposing counsel, Daniel McDonald, Esq. of Merchant & Gould, P.C., attorneys for Plaintiff, Rosemount Aerospace, Inc., regarding the subject of the accompanying Motion for Protective Order in a good faith effort to eliminate or reduce the area of controversy and arrive at a mutually satisfactory resolution. As of the time

ST: 29356v1

that this Motion was served, those attempts have failed, and we have been unable to reach any agreement.

    3.    I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 12, 2004.

          **EPSTEIN BECKER & GREEN, P.C.**

By _____
David S. Poppick, Esq. (#13202)
Attorneys for Defendants
HARCO LABORATORIES, INC.
and BRAD POWELL
One Landmark Square, 18th Floor
Stamford, CT  06901
(203) 348-3737

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing was sent, via Regular Mail, this 12th day of August 2004, to:

    Daniel W. McDonald Esq. (ct23281)
    William D. Schultz, Esq.(ct25198)
    Merchant & Gould PC
    3200 IDS Center
    80 South Eighth Street
    Minneapolis, MN  55402-2215
    Telephone:  (612) 332-5300
    Facsimile:  (612) 332-9081

    James Mahanna, Esq. (ct24681)
    Day, Berry & Howard LLP
    CityPlace 1
    Hartford, CT  06103-3499
    Telephone:  (860) 275-0100
    Facsimile:  (860) 275-0343

                                              _____
                                                  David S. Poppick