## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
-------------------------------x
                               :
ROSEMOUNT AEROSPACE, INC.,     :
                               :
     Plaintiff,                :
                               :
v.                             :   Civil No. 3:03CV00444(AWT)
                               :
HARCO LABORATORIES, INC.,      :
                               :
     Defendant.                :
                               :
-------------------------------x
```

### REFERRAL TO MAGISTRATE JUDGE

    This case is referred to Magistrate Judge __Donna F. Martinez__ for the following purposes:

\_\_\_\_\_ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_\_ A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

__X__ A ruling on the following motion, which is currently pending: __Defendants' Motion for Protective Order (Doc. No. 67)__ (orefm.)

\_\_\_\_\_ A settlement conference (orefmisc./cnf)

\_\_\_\_\_ Other:_____(orefmisc./misc)

    It is so ordered.

    Dated this 13th day of August, 2004, at Hartford, Connecticut.

                                                /s/

                                        Alvin W. Thompson
                               United States District Judge