UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSEMOUNT AEROSPACE INC.<br>        Plaintiff,<br><br>vs.<br><br>HARCO LABORATORIES, INC., a<br>Connecticut Corporation and<br>BRAD POWELL, an individual,<br>        Defendants. | Civil Action No. 3:03CV0444(AWT) |

## JOINT MOTION TO STAY CASE SCHEDULE

WHEREAS, the parties continue to engage in constructive discussions to resolve this litigation; and

WHEREAS, the parties' schedules have not permitted finalization of a settlement agreement, but now have a March 16, 2005 meeting to continue negotiating specific settlement language; and

WHEREAS, the parties would like to minimize litigation costs and other inefficiencies;

Plaintiff and Defendants hereby jointly request a stay of all deadlines. Plaintiff and Defendants will return to the Court on or before April 15, 2005 with a status report as to settlement negotiations and will at that time propose new deadlines for the prosecution of this matter or report to the Court at that time that the case has been settled.

All parties agree to this motion. The parties have been engaged in conversations to try to resolve this matter, and although the parties have reached agreement on several settlement issues, resolving all matters of a settlement has taken longer than the parties intended. For that reason, the parties respectfully request that this motion be granted.

41580641.1 077736-00000
March 16, 2005 2:32 PM

Respectfully Submitted,

Dated:_____, 2005                                Dated:_____, 2005

**PLAINTIFF, ROSEMOUNT AEROSPACE INC.**                 **DEFENDANTS, HARCO LABORATORIES, INC. and BRAD POWELL**

_____                          _____
Daniel W. McDonald (ct23281)                            David S. Poppick (ct13202)
William D. Schultz (ct25198)                            Jonathan Plissner (ct23773)
Joel E. Bergstrom, (ct25647)                            Epstein, Becker & Green, P.C.
MERCHANT & GOULD P.C.                                   One Landmark Square
3200 IDS Center                                         Suite 1800
80 South Eighth Street                                  Stamford, CT 06901-2691
Minneapolis, Minnesota 55402-2215                       Ph. (203) 348-3737
Ph. (612) 332-5300                                      Fx. (203) 324-9291
Fx. (612) 332-9081

                                                        Robert Wise (ct25476)
James Mahanna (ct24681)                                 Harco Laboratories, Inc.
DAY, BERRY & HOWARD LLP                                 1100 Summer Street
CityPlace I                                             Stamford, CT 06905
Hartford, CT 06103-3499                                 Ph. (203) 359-8877
Tel. (869) 275-0100
Fax: (806) 275-0343
jmahanna@dbh.com