UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSEMOUNT AEROSPACE INC.<br>Plaintiff,<br><br>vs.<br><br>HARCO LABORATORIES, INC., a<br>Connecticut Corporation and<br>BRAD POWELL, an individual,<br>Defendants. | Civil Action No. 3:03CV0444(AWT) |

## JOINT MOTION TO STAY CASE SCHEDULE

WHEREAS, the parties continue to engage in constructive discussions to resolve this litigation; and

WHEREAS, the parties' schedules have not permitted finalization of a settlement agreement, but now have a March 16, 2005 meeting to continue negotiating specific settlement language; and

WHEREAS, the parties would like to minimize litigation costs and other inefficiencies;

Plaintiff and Defendants hereby jointly request a stay of all deadlines. Plaintiff and Defendants will return to the Court on or before April 15, 2005 with a status report as to settlement negotiations and will at that time propose new deadlines for the prosecution of this matter or report to the Court at that time that the case has been settled.

All parties agree to this motion. The parties have been engaged in conversations to try to resolve this matter, and although the parties have reached agreement on several settlement issues, resolving all matters of a settlement has taken longer than the parties intended. For that reason, the parties respectfully request that this motion be granted.

**GRANTED.  It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT  3/23/05