UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSEMOUNT AEROSPACE INC.<br>Plaintiff,<br><br>vs.<br><br>HARCO LABORATORIES, INC., a<br>Connecticut Corporation and<br>BRAD POWELL, an individual,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 3:03-CV-0444 (AWT)

**STIPULATION OF DISMISSAL**

FILED

2005 APR 19 A 11: 29

HARTFORD, CT

The parties having settled, hereby stipulate and agree as follows:

1.    All claims and counterclaims in this action are hereby dismissed with prejudice.

2.    Each party will bear its and his own attorney's fees and costs.

Respectfully Submitted,

Dated: 4/14 , 2005

Dated: April 15 , 2005

**PLAINTIFF, ROSEMOUNT AEROSPACE INC.**

**DEFENDANTS, HARCO LABORATORIES, INCORPORATED and BRAD POWELL**

Daniel W. McDonald (ct23281)
William D. Schultz (ct25198)
Joel E. Bergstrom, (ct25647)
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2215
Ph. (612) 332-5300
Fx. (612) 332-9081

James Mahanna (ct24681)
DAY, BERRY & HOWARD LLP
CityPlace I
Hartford, CT 06103-3499
Ph. (869) 275-0100
Fx: (806) 275-0343

David S. Poppick (ct13202)
Jonathan Plissner (ct23773)
Epstein, Becker & Green, P.C.
One Landmark Square
Suite 1800
Stamford, CT 06901-2691
Ph. (203) 348-3737
Fx. (203) 324-9291

Robert Wise (ct25476)
Harco Laboratories, Incorporated
1100 Summer Street
Stamford, CT 06905
Ph. (203) 359-8877

2005 APR 22 P 2: 10

**APPROVED and SO ORDERED.**

ALVIN W. THOMPSON, U.S.D.J.
HARTFORD, CT    4/21/05